FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS 2004 JAN 20 P 3: 28

U. DISTRICT COURT
DISTRICT OF MASS.

Case No.: 04-MJ-0420 RBC

|  |  |
|---|---|
| United States | ) |
|  | ) |
| v. | ) |
|  | ) |
| Deepak Jahagirdar | ) |
|  | ) |

## MOTION TO CONTINUE

Now comes the defendant, Deepak Jahagirdar, and respectfully requests that this Honorable Court continue the date for his appearance from January 23, 2004 to a date on or after February 23, 2004.

In support thereof, the defendant states that he wishes to appear following his anticipated indictment and that he waives the procedural rights which are attendant to the filing of the requested continuance.

RESPECTFULLY SUBMITTED,
By his Attorney:

James W. Lawson
Oteri & Lawson, P.C.
20 Park Plaza, #905
Boston, MA 02116
617-227-3700

DATE: January 16, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served via pre-paid, first-class postage, upon Assistant United States Attorney John McNeil, U.S. Attorney's Office, Moakley Federal Courthouse, 1 Courthouse Way, 9th Floor, Boston, MA 02210

James W. Lawson