AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DEEPAK JAHAGIRDAR

**WARRANT FOR ARREST**

CASE NUMBER: 04-MJ-0420 RBC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DEEPAK JAHAGIRDAR
                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
SEXUAL ABUSE IN SPECIAL AIRCRAFT JURISDICTION OF U.S.

in violation of
Title 18 United States Code, Section(s) 2242 and 49 USC 46506

ROBERT B. COLLINGS
Name of Issuing Officer

[signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

JAN - 8 2004 at 12:06 pm
Date and Location

ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUD[GE]
United States District Court
Joseph Moakley United States Courtho[use]
Courthouse Way, Suite 6420
Name of Judicial Officer

Bail fixed at $ _____ by _____

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY FBI, Arizona

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: DEEPAK JAHAGIRDAR

ALIAS:

LAST KNOWN RESIDENCE: 11270 N 128TH WAY, SCOTTSDALE, ARIZONA 85260

LAST KNOWN EMPLOYMENT: VISTACARE  4800 N. SCOTTSDALE RD, SCOTTSDALE, AZ 85251

PLACE OF BIRTH: INDIA

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT: 5' 4"                WEIGHT: 130

SEX:    M                    RACE:   ASIAN INDIAN

HAIR:   BLK                  EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: FBI, BOSTON, MA