# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

FILED
CLERK'S OFFICE

2004 JAN 26 P 1: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

January 22, 2004

Mr. Tony Anastas, Clerk
United States District Court
2300 John Joseph Moakley
 United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

RE:  USA v. Deepak T Jahagirdar
Your case number: 04-MJ-0420 RBC
Arizona case number: 04-05004M-001

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge Morton Sitver in Phoenix, Arizona. The following action has been taken.

☐ U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

☒ THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON: 1/23/04 at 12:30 p.m. before Magistrate Judge Robert B. Collings.

Enclosed are the certified copies of the original documents in our file and 4 passports surrendered to the court on 1/14/04. Please certify receipt of the documents on the enclosed duplicate of this letter and return it to our office.

Sincerely,

RICHARD H. WEARE,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: *Sherise M. Marshall*
       Sherise M. Marshall, Deputy Clerk

Enclosures

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*