UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04CR 10038 MLW |
| ) | |
| v. ) | VIOLATIONS: |
| ) | 18 U.S.C. § 2242 – |
| DEEPAK JAHAGIRDAR ) | Sexual Abuse |
| ) | 18 U.S.C. § 2244 – |
| ) | Abusive Sexual Contact |

## INDICTMENT

**COUNT ONE:** (18 U.S.C. § 2242(2) – Sexual Abuse/Attempted Sexual Abuse)

The Grand Jury charges that:

On or about March 31, 2002, within the special aircraft jurisdiction of the United States while on board Delta Air Lines Flight 2100 which originated in Texas and landed at Boston, in the District of Massachusetts,

**DEEPAK JAHAGIRDAR,**

defendant herein, knowingly engaged, and attempted to engage, in a sexual act (to wit: the penetration, however slight, of the genital opening of another by a hand and by a finger, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person) with another person, to wit: "D. S.", when said person was incapable of appraising the nature of the conduct and was physically incapable of declining participation in, or communicating unwillingness to engage in, said sexual act.

All in violation of Title 18, United States Code, Section 2242(2) and Title 49, United States Code, Section 46506.

**COUNT TWO:**     (18 U.S.C. § 2244 – Abusive Sexual Contact)

The Grand Jury charges that:

On or about March 31, 2002, within the special aircraft jurisdiction of the United States while on board Delta Air Lines Flight 2100 which originated in Texas and landed at Boston, in the District of Massachusetts,

**DEEPAK JAHAGIRDAR,**

defendant herein, knowingly engaged in and caused sexual contact (to wit: the intentional touching, either directly or through the clothing, of the genitalia, groin, and inner thigh of any person, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person) with another person, to wit: "D. S.", when said person was incapable of appraising the nature of the conduct and was physically incapable of declining participation in, or communicating unwillingness to engage in, said sexual act.

All in violation of Title 18, United States Code, Section 2244(a)(2) and Title 49, United States Code, Section 46506.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
John T. McNeil
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACIIUSETTS; February 11, 2004

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK

3:54p