UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No.: 04CR10038MLW |
| ) | |
| v. ) | |
| ) | |
| DEEPAK JAHAGIRDAR ) | |

## MOTION TO CONTINUE

Now comes the defendant, Deepak Jahagirdar, and respectfully requests that this Honorable Court continue his appearance date from January 23, 2004, to March 4, 2004. Defendant states further that he has no objection to an order of excludable delay for the time period encompassed by the above-named dates.

Respectfully submitted,
BY HIS ATTORNEY:

/s/ James W. Lawson
James W. Lawson, Bar# 289300
OTERI & LAWSON, PC
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700

DATED: February 20, 2004.

## CERTIFICATE OF SERVICE

I, James W. Lawson, hereby certify that a true copy of the foregoing document was served on United States Attorney John McNeil via U.S. Postal Service on February 20, 2004.

/s/ James W. Lawson
James W. Lawson

# OTERI & LAWSON, P.C.
## ATTORNEYS AT LAW

20 PARK PLAZA, SUITE 905
BOSTON, MASSACHUSETTS 02116

(617) 227-3700

FAX (617) 338-9538

NIGHT EMERGENCY
(617) 705-2014

OTERI & LAWSON, P.C.

JOSEPH S. OTERI
JAMES W. LAWSON

JAMES H. BUDREAU
OF COUNSEL

February 20, 2004

Tony Anastas, Clerk
Criminal Clerk's Office
Moakley U.S. Courthouse, #2300
1 Courthouse Way
Boston, MA 02210

RE:  United States v. Deepak Jahagirdar
     No. 04CR10038MLW

Dear Mr. Anastas:

Enclosed for filing in the above-referenced matter, please find DEFENDANT DEEPAK JAHAGIRDAR'S MOTION TO CONTINUE.

A copy of said motion has been forwarded to AUSA John McNeil.

Sincerely,

James W. Lawson

JWL/lr
enc.