AO458 (Rev. 5/85)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  _Massachusetts_

## APPEARANCE

Case Number:  _04 10038 MLW_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  _Deepak Jahagirdar_

_3/4.04_
Date

_James W. Lawson_
Signature

_James W. Lawson_
Print Name

_20 Park Plaza #905_
Address

_Boston, MA 02116_
City            State            Zip Code

_617.227.3700_
Phone Number