# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                       CRIMINAL NO. 2004-10038-MLW

DEEPAK JAHAGIRDAR,
          Defendant.

## *ORDER*

COLLINGS, U.S.M.J.

    After hearing, it is ORDERED that the Condition of Release set in the District of Arizona that when traveling by air, the defendant purchase the adjoining seat be, and the same hereby is, AMENDED to allow the defendant, as an option to purchasing the adjoining seat in Coach Class, travel in First Class where there is a significant distance in the form of a console between seats and where there is a greater flight attendant presence. The motion that the condition that the defendant purchase an adjoining seat be vacated entirely is DENIED.

                                                /s/ *Robert B. Collings*
                                                ROBERT B. COLLINGS
March 15, 2004.                          United States Magistrate Judge