# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.                         CRIMINAL NO. 2004-10038-MLW

DEEPAK JAHAGIRDAR,
     Defendant.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

An Initial Status Conference was held on April 5, 2004; counsel for the defendant was present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1) No.

(2) The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than thirty (30) working days before trial;* the defendant shall comply with his reciprocal obligations respecting

      discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty (20) working days before trial.*

(3)    The Government will produce the results fo DNA comparisons on or about May 3, 2004.

(4)    Any non-discovery type motions shall be filed *on or before the close of business on Monday, May 17, 2004;* the Government shall file its response/opposition within the time provided in the Local Rules.

(5)    *See* Order of Excludable Delay entered this date.

(6)    A trial will be necessary; a trial would take five days.

(7)    The Final Status Conference is set for *Tuesday, May 18, 2004 at 3:00 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)    *See* ¶¶ (1)-(4), *supra.*

(2)    It does not.

(3)    None.

(4)    *See* Order of Excludable Delay entered this date.

(5)    Not applicable.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

April 5, 2004.