# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.                     CRIMINAL NO. 2004-10038-MLW

DEEPAK JAHAGIRDAR,
        Defendant.

## _ORDER OF EXCLUDABLE DELAY_

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

2/11/2004 - Indictment returned.

3/4/2004 - Initial Appearance in D. Mass./Arraignment

3/5 - 4/1/2004 - Excluded as per L.R. 112.2(A)(2)

4/5/2004 - Conference held.

4/6 - 5/17/2004 -     Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of May 17, 2004, THREE (3) non-excludable days will have occurred leaving SIXTY-SEVEN (67) days left to commence trial so as to be

within the seventy-day period for trial set by statute.

_/s/ Robert B. Collings_

ROBERT B. COLLINGS
United States Magistrate Judge

April 5, 2004.