UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10038-MLW |
| | ) | |
| **DEEPAK JAHAGIRDAR** | ) | |

**JOINT STATUS REPORT**

The United States of America and the defendant, DEEPAK JAHAGIRDAR, respectfully submit this Joint Status Report pursuant to Local Rule 116.5(C).

(1) There are currently no outstanding discovery issues yet to be submitted to the Court.

(2) Neither party currently anticipates providing additional discovery.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The government has not requested notice of alibi.

(5) The defendant has filed a motion to suppress and a motion to dismiss. The government requests six weeks to reply (until June 28, 2004).

(6) There are no outstanding scheduling issues.

(7) The parties have discussed resolution of the case without trial. The parties have reached no agreement on this issue and anticipate that this matter will proceed to trial.

(8) The Court has excluded certain time periods through and including May 17, 2004. A total of 3 non-excludable days have elapsed since the triggering of the Speed Trial Act clock. Therefore trial must commence within 67 days of May 18, 2004.

(9) It is anticipated that a trial will take approximately 5 days.

| | |
|---|---|
| DEEPAK JAHAGIRDAR<br>By His Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| _____<br>JAMES W. LAWSON<br>Oteri & Lawson, PC<br>20 Park Plaza, Suite 905<br>Boston, MA 02116<br>(617)227-3700 | By:  _____<br>JOHN T. McNEIL<br>Assistant U.S. Attorney<br>U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3242 |

Date:  May 18, 2004