# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

       v.                      CRIMINAL NO. 2004-10038-MLW

DEEPAK JAHAGIRDAR,
       Defendant.

## *ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

A Final Status Conference was held on May 18, 2004.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

    (1)    None.

    (2)    No.

    (3)    No.

    (4)    The United States has not requested notice of alibi.

(5) The defendant has filed non-discovery type motions; *as of the date of this report, they have not been docketed;* the Government's response is due *on or before the close of business on Monday, June 28, 2004.*

(6) An Initial Pretrial Conference should be set as soon as possible on or after June 29, 2004 to hear the non-discovery type motions and to set a firm trial date.

(7) The case will need to be tried.

(8) *See* Further Order of Excludable Delay (#15); a new period of excludable delay commenced with the filing of the defendant's motions.

(9) Five trial days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1) Yes.

(2) Yes; no reason for the case to remain with the magistrate judge.

(3) *See* ¶ (5), *supra.*

(4) *See* ¶ (8), *supra.*

(5) Five trial days.

(6) None.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1 (at the non-discovery type motions can be heard) on or after June 29, 2004 to set a firm trial date.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE WOLF'S SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

May 18, 2004.