UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10038-MLW |
| ) | |
| **DEEPAK JAHAGIRDAR** ) | |

**Government's Motion for Two Day Enlargement of Time**

The United States of America, by and through Assistant United States Attorney John T. McNeil, respectfully submits this assented-to motion for a two day enlargement of time until June 30, 2004, to respond to the defendant's motion to dismiss and motion to suppress. The defendant has raised a number of novel issues in these motions, and undersigned counsel needs and additional two days to complete his research. The defendant has assented to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: June 25, 2004            By: /s/ John T. McNeil
                                    JOHN T. MCNEIL
                                    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing pleading on counsel for the defendant, James W. Lawson, Esq., by mailing a copy to him by first class mail to Oteri & Lawson, PC, 20 Park Plaza, Suite 905, Boston, MA 02116 on June 25, 2004.

/s/ John T. McNeil
John T. McNeil
Assistant U.S. Attorney