## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| | **NO. 04-10038-MLW** |
| V. | |
| **DEEPAK JAHAGIRDIR** | |
| Defendant(s) | |

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a MOTION HEARING on the defendant's motion to suppress and motion to dismiss on **SEPTEMBER 28, 2004** at 3:00 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

TONY ANASTAS
CLERK OF COURT

**June 30, 2004**            By:   /s/ Dennis O'Leary
    Date                                Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                    [ntchrgcnf.]
                                            [kntchrgcnf.]