UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DEEPAK JAHAGIRDAR )<br>) | Criminal No.: 04CR10038MLW |

**MOTION FOR COURT ORDER TO ALLOW DEFENDANT
TO WAIVE HIS PRESENCE AT MOTION HEARING**

Now comes the defendant, Deepak Jahagirdar, and respectfully requests that this Honorable Court allow him to waive his appearance at the September 28, 2004, hearing on his previously filed Motion to Suppress and Motion to Dismiss.

In support, thereof, the defendant states that he lives and works in Scottsdale, Arizona, that travel to Boston is expensive and time consuming, and, further, that the Government has no objection to his request to remain with his family and at work on September 28, 2004.

Respectfully submitted,
BY HIS ATTORNEY:

/s/ James W. Lawson
James W. Lawson, Bar# 289300
OTERI & LAWSON, PC
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700

DATED: September 1, 2004