UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>DEEPAK JAHAGIRDAR    ) | CRIMINAL NO. 04-10038-MLW |

**JOINT REPORT ON DEFENDANT'S MOTIONS**

The United States of America and the defendant, DEEPAK JAHAGIRDAR, respectfully submit this joint report regarding the motions hearing currently scheduled for September 28, 2004. The parties have conferred regarding the need for an evidentiary hearing on the defendant's motion to dismiss and motion to suppress. There does not appear to be a dispute as to any material fact with regard to these motions, and therefore the parties do not believe that an evidentiary hearing is necessary. However, if during the course of oral argument on the motions, the Court indicates that its decision will turn on a fact not yet submitted by one of the parties in its statement of facts or exhibits, one or the other party may request leave of the Court to present a witness or document to establish such a fact.

| | |
|---|---|
| DEEPAK JAHAGIRDAR<br>By His Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ James W. Lawson<br>JAMES W. LAWSON<br>Oteri & Lawson, PC<br>20 Park Plaza, Suite 905<br>Boston, MA 02116<br>(617)227-3700 | By:  /s/ John T. McNeil<br>JOHN T. McNEIL<br>Assistant U.S. Attorney<br>U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3242 |

Date:  September 21, 2004