UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Criminal No.: 04CR10038MLW |
| v. | ) ) | |
| DEEPAK JAHAGIRDAR | ) ) | |

## ASSENTED TO MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE

Now comes the defendant, Deepak Jahagirdar, and respectfully requests that this Honorable Court temporarily modify his conditions of release in order to allow him to travel to Washington University, St. Louis, Missouri, to attend Parents' Weekend activities with his son who is a junior in the college.

In support of this request the defendant states the following:

1. that he is presently restricted by the conditions of his release to Arizona and to Massachusetts and to air travel between the two and, if in coach class, he is required to purchase a ticket for the middle seat which is to remain unoccupied;

2. that in light of these restrictions he requests

   a. that he be allowed to travel to St. Louis on October 14, returning to Arizona from St. Louis on October 17;

   b. that his wife be allowed to occupy the middle seat for the flights to and from St. Louis with the defendant occupying a seat on the aisle or at the window;

   c. that Mr. and Mrs. Jahagirdar be allowed to spend the nights of October 14, 15, and 16 in St. Louis before returning to Arizona on October 17;

3. that if his motion is allowed the defendant will provide his pre-trial services officer in Arizona and the United States Attorneys Office in Boston, one week in advance of travel, with his itinerary, including flight times and numbers, seat assignments, and hotel accommodations, and will immediately upon his return, notify his pre-trial services officer that he has in fact returned to Arizona;

4. that the defendant acknowledges and agrees that there will be no changes to the submitted itinerary; and

5. that the Government has no objection to the granting of this motion on the conditions set forth herein.

> Respectfully submitted,
> BY HIS ATTORNEY:
>
> /s/ James W. Lawson
> James W. Lawson, Bar# 289300
> OTERI & LAWSON, PC
> 20 Park Plaza, Suite 905
> Boston, MA 02116
> (617) 227-3700

DATED: September 21, 2004