UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>DEEPAK JAHAGIRDAR       ) | Cr. No. 04-10038-MLW |

ORDER

WOLF, D.J.                                              September 20, 2004

    The September 28, 2004 hearing is hereby rescheduled for October 5, 2004, at 3:00 p.m. It will address only the motion to dismiss. Therefore, the defendant's presence is not required. See Fed. R. Crim. P. 43(b)(3). If the case is not dismissed, an evidentiary hearing, which the defendant may be required to attend, will be rescheduled.

                                                /s/ MARK L. WOLF
                                                UNITED STATES DISTRICT JUDGE