UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                **CRIMINAL  CASE**

                                                 **NO. 04-10038-MLW**

         **V.**

**DEEPAK JAHAGIRDIR**
         **Defendant(s)**

## NOTICE OF RESCHEDULING

**WOLF, D.J.**

The **MOTION HEARING** originally scheduled for **OCTOBER 5, 2004** at **3:00 P.M.** before Judge **Wolf**, has been RESCHEDULED to **OCTOBER 7, 2004** at **11:00 A.M.** in Courtroom # **10** on the **5**th floor.

                                                 **TONY ANASTAS**
                                                 **CLERK OF COURT**

**September 29, 2004**           **By:**    **/s/ Dennis O'Leary**
         **Date**                           **Deputy Clerk**

**Notice to:**
(crim-cancel.wpd - 7/99)                                    [ntchrgcnf.]
                                                            [kntchrgcnf.]