UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   C R04-10038

| United States of America | Deepak Jahagirdir |
| PLAINTIFF | DEFENDANT |

| John McNeil | James Lawson |

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary                    REPORTER   Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 10/07/04 | Court listens to oral arguments on the defendant's motion to dismiss (docket no. 19). Court orders further |
|  | briefing on the questions raised by the court during the course of the hearing. The parties shall, by |
|  | October 29, 2004, file their supplemental briefs. Any response shall be filed by November 5, 2004. |
|  | A further hearing is scheduled for 3:00 on November 12, 2004. Court allows the defendant's motion |
|  | to modify conditions of release provided that the defendant provide his itinerary to the government by |
|  | the cob tomorrow Friday, October 8, 2004. |