UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )     Cr. No. 04-10038-MLW
                              )
DEEPAK JAHAGIRDAR,            )
          Defendant.          )
```

ORDER

WOLF, D.J.                                          October 11, 2004

For the reasons stated in court on October 7, 2004, it is hereby ORDERED that:

1. The parties shall file briefs by October 29, 2004 and any reply briefs by November 5, 2004 addressing whether:

   a. An offense committed high above a judicial district has been committed "in" that district.

   b. If not, does 18 U.S.C §3238, and not 18 U.S.C. §3237(a), apply regarding the venue of the offense?

   c. The legislative history of 18 U.S.C. §3237 or any case law illuminates the meaning of the phrase "any offense <u>involving</u> the use of the mails, transportation in interstate or foreign commerce..." (emphasis added), particularly whether "involving" means that transportation in interstate commerce must be an element of the offense.

   d. The implications of the characterization of any offense involving transportation in interstate commerce as a "continuing offense" for the proper interpretation of the term "involving."

  e. The term "continuing offense" has independent significance, including whether there are cases that discuss what can properly be defined as a continuing offense for venue purposes consistent with the Constitution.

  f. Deference should be given to Congress' characterization of an offense as a continuing offense in view of the constitutional requirements of venue.

  2. A further hearing on defendant's Motion to Dismiss (Docket No. 19) will be held on November 12, 2004 at 3 p.m.


              /s/ Mark L. Wolf
             UNITED STATES DISTRICT JUDGE