UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____  )
                                                                )
UNITED STATES OF AMERICA    )
                                                                )
v.                                                            )           Cr. No. 04-10038-MLW
                                                                )
DEEPAK JAHAGIRDAR                   )
_____  )

**DEFENDANT DEEPAK JAHAGIRDAR'S MOTION FOR EXTENSION OF TIME**

Now comes the defendant Deepak Jahagirdar and respectfully requests that this Honorable Court continue that date for the filing of his supplemental memorandum in support of his Motion to Dismiss from Friday, October 29, 2004, until Monday, November 1, 2004.

In support of his motion, defendant states:

1. that Kimberly Homan, Esq. has the principal responsibility for researching and drafting the supplemental memorandum of law in support of defendant's previously-filed Motion to Dismiss;

2. that Ms. Homan is presently preparing a time-consuming and fact-intensive memorandum of law in support of a motion pursuant to 28 U.S.C. §2255 based on a record which contains voluminous exhibits and more than 4500 pages of transcript, which must be filed in the Southern District of Florida by or before November 2, 2004;

3. that the weekend extension requested in this motion is necessary to allow Ms. Homan adequate time to research the issues raised by the Court and to prepare defendant's supplemental memorandum; and

4.  that the government has no objection to the requested extension, provided that its filing date is also extended until November 1, 2004.

                                        Respectfully submitted,
                                        By his attorneys,

| /s/ Kimberly Homan | /s/ James W. Lawson |
|---|---|
| Mass. Bar No. 239000 | Mass. Bar. No.289300 |
| 20 Park Plaza, Suite 905 | OTERI, WEINBERG & LAWSON |
| Boston, Massachusetts 02116 | 20 Park Plaza, Suite 905 |
| (617) 227-8616 | Boston, Massachusetts 02116 |
|  | (617) 227-3700 |

DATE: October 25, 2004