UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 04-10038-MLW |
| ) | |
| DEEPAK JAHAGIRDAR ) | |
| _____ ) | |

**DEFENDANT DEEPAK JAHAGIRDAR'S MOTION FOR EXTENSION OF TIME**

Now comes the defendant Deepak Jahagirdar and respectfully requests that this Honorable Court extend the date for the filing of his response to the issues raised by the Court in its October 11, 2004, Order from Monday, November 1, 2004, until Tuesday, November 2, 2004.

In support of his motion, defendant states that:

1. Kimberly Homan, Esq. has the principal responsibility for researching and drafting the defendant's responses to the issues raised by the Court in its order of October 11, 2004;

2. the defendant previously asked for an extension of time from Friday, October 29, 2004, until Monday, November 1, 2004, because Ms. Homan was preparing a time-consuming and fact-intensive memorandum of law in support of a motion pursuant to 28 U.S.C. §2255 based on a record which contains voluminous exhibits and more than 4500 pages of transcript, which had a jurisdictional filing deadline in the Southern District of Florida of November 2, 2004;

3. when the prior extension was sought, Ms. Homan anticipated that the filings relative to that §2255 motion would be completed by October 29, 2004, and that she would, accordingly, be able to respond to the issues raised in the Court's Order by Monday, November 1, 2004;

4. contrary to her expectations, Ms. Homan was unable, despite her best efforts, to complete a final draft of the 57 page memorandum submitted in support of that §2255 motion until

approximately 9:30 p.m. on October 31, 2004;

    5. because of the amount of time required to finalize the §2255 filing, the time remaining until the close of business on November 1, 2004, will be inadequate to permit defendant to submit an adequate response to the issues raised by the Court;

    6. the government has no objection to the requested extension, provided that its filing date is also extended until November 2, 2004.

                                            Respectfully submitted,
                                            By his attorneys,

| /s/ Kimberly Homan | /s/ James W. Lawson |
|---|---|
| Mass. Bar No. 239000 | Mass. Bar. No.289300 |
| 20 Park Plaza, Suite 905 | OTERI, WEINBERG & LAWSON |
| Boston, Massachusetts 02116 | 20 Park Plaza, Suite 905 |
| (617) 227-8616 | Boston, Massachusetts 02116 |
| | (617) 227-3700 |

DATED: November 1, 2004