UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**  **CRIMINAL CASE**

NO. 04-10038-MLW

V.

**DEEPAK JAHAGIRDAR**
        Defendant(s)

## NOTICE OF RESCHEDULING

**WOLF, D.J.**

The **MOTION HEARING** originally scheduled for **NOVEMBER 12, 2004** at 3:00 P.M. before Judge Wolf, has been RESCHEDULED to NOVEMBER 12, 2004 at 10:00 A.M. in Courtroom # 10 on the 5th floor.

TONY ANASTAS
CLERK OF COURT

**November 8, 2004**        By:   /s/ Dennis O'Leary
   Date                             Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                          [ntchrgcnf.]
                                                        [kntchrgcnf.]