UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                   **CRIMINAL CASE**

                                             **NO. 04-10038-MLW**

V.

**DEEPAK JAHAGIRDAR**
         Defendant(s)

**NOTICE OF RESCHEDULING**

**WOLF, D.J.**

The **MOTION HEARING** previously scheduled for **NOVEMBER 12, 2004** at **10:00 A.M.** before Judge **Wolf**, has been **RESCHEDULED** to **DECEMBER 3, 2004** at **3:00 P.M.** in Courtroom # **10** on the **5th** floor.

                                             TONY ANASTAS
                                             CLERK OF COURT

**November 9, 2004**                    **By:**    /s/ Dennis O'Leary
     Date                                        **Deputy Clerk**

**Notice to:**
(crim-cancel.wpd - 7/99)                                     [ntchrgcnf.]
                                                                              [kntchrgcnf.]