UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10038

| United States | Deepak Jahagadir |
| PLAINTIFF | DEFENDANT |
| John McNeil | James Lawson |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK   O'Leary          REPORTER  Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 12/3/04 | Court listens to the parties as to whether an evidentiary hearing is needed.  Court denies defendant's motion to dismiss (docket no. 19).  Government declines to put witnesses on.  Parties to confer and report by 12/8/04 as to whether there remain any facts in dispute regarding the defendant's motion to suppress.  Any reply by the defendant shall be filed by 12/13/04.  Government asks court to set a trial date as soon as practical.  Defendant requests a trial date in April, 2005.  Court schedules a hearing on the motion to suppress for December 16, 2005 at 10:00 AM.  Parties ordered to report as to whether the case will go to trial by 12/8/04 as well.  Defendant's presence will be required if there is any evidence taken on 12/16/04.  If no evidence is taken defendant can renew his request to be excused from the suppression hearing. |