```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
     v.                       )    Cr. No. 04-10038-MLW
                              )
DEEPAK JAHAGIRDAR,            )
          Defendant.          )
```

<u>ORDER</u>

WOLF, D.J.                                           December 3, 2004

For the reasons stated in court on December 3, 2004, it is hereby ORDERED that:

1. The defendant's Motion to Dismiss (Docket No. 19) is DENIED.

2. The parties shall order the transcript of the December 3, 2004 hearing.

3. With regard to the defendant's Motion to Suppress (Docket No. 18), the parties shall, by December 8, 2004, confer and report whether there are any disputed facts and whether they believe there is a need to present evidence at the hearing on the Motion. If evidence is proposed to be presented, the parties shall list their witnesses and indicate how much time is needed for the testimony.

4. Any supplemental filing regarding the Motion to Suppress shall be made by December 13, 2004.

5. The hearing on the Motion to Suppress shall be held on December 16, 2004, at 10:00 a.m. If there is a possibility that any witness will testify, the defendant shall be present.

                                                              /s/ Mark L. Wolf
                                                    UNITED STATES DISTRICT JUDGE