UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 04-10038-MLW |
| ) | |
| **DEEPAK JAHAGIRDAR**    ) | |

## JOINT STATUS REPORT

The United States of America and the defendant, DEEPAK JAHAGIRDAR, respectfully submit this Joint Status Report pursuant to order issued by the Court on December 3, 2004.

(1)  The parties have conferred and do not believe that there is any disputed issue of fact material to the defendant's motion to suppress.  Under separate cover the parties are submitting a stipulation for purposes of the motion to suppress only, which they believe address the material issues of fact.

(2)  Neither party currently intends to call a witness at the hearing scheduled for December 16, 2004.  If the Court determines that the stipulation does not address a fact which it determines to be material, the parties request an opportunity to amend the stipulation or to present evidence on that fact.

(3)  The defendant intends to appear through counsel at the motion to suppress, unless otherwise ordered by the Court, and hereby waives his right to be present at that hearing.

Respectfully submitted,

| | |
|---|---|
| DEEPAK JAHAGIRDAR | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | |
| /s/ James W. Lawson | By:  /s/ John T. McNeil |
| JAMES W. LAWSON | JOHN T. McNEIL |
| Oteri & Lawson, PC | Assistant U.S. Attorney |
| 20 Park Plaza, Suite 905 | U.S. Courthouse |
| Boston, MA 02116 | 1 Courthouse Way, Suite 9200 |
| (617)227-3700 | Boston, MA 02210 |
| | (617) 748-3242 |

Date:  December 8, 2004