```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  v. )  )  DEEPAK JAHAGIRDAR, )  Defendant. ) | Cr. No. 04-10038-MLW |

ORDER

WOLF, D.J.                                          December 14, 2004

The parties are hereby ORDERED to be prepared to address, at the hearing on the Motion to Suppress on Thursday, December 16, 2004, the implications for the Motion of the Supreme Court's December 13, 2004 decision in <u>Devenpeck v. Alford</u>, 2004 WL 2847718.

```
                        /s/ Mark L. Wolf
                        UNITED STATES DISTRICT JUDGE
```