```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 04-10038-MLW |
| | ) | |
| DEEPAK JAHAGIRDAR, | ) | |
| Defendant. | ) | |

### ORDER

WOLF, D.J.                                           December 16, 2004

For the reasons stated in court on December 16, 2004, it is hereby ORDERED that:

1. The defendant's Motion to Suppress (Docket No. 18) is DENIED.

2. The parties shall abide by the attached Scheduling Order.

                                   /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE

1