UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
UNITED STATES OF AMERICA        )
                                )
v.                              )          Cr. No. 04-10038-MLW
                                )
DEEPAK JAHAGIRDAR               )
_____  )

**DEFENDANT DEEPAK JAHAGIRDAR'S NOTICE PURSUANT TO COURT ORDER**

Now comes the defendant Deepak Jahagirdar and, consistently with the order of the Court, notifies the Court that the defendant will not be challenging the DNA evidence in this case pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 597 (1993).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | By his attorneys, |
| */s/ Kimberly Homan* | */s/ James W. Lawson* |
| Kimberly Homan | James W. Lawson |
| Mass. Bar No. 239000 | Mass. Bar. No.289300 |
| 20 Park Plaza, Suite 905 | OTERI, WEINBERG & LAWSON |
| Boston, Massachusetts 02116 | 20 Park Plaza, Suite 905 |
| (617) 227-8616 | Boston, Massachusetts 02116 |
|  | (617) 227-3700 |

Date: January 13, 2005