UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10038-MLW |
| ) | |
| DEEPAK JAHAGIRDAR ) | |

### Government's Motion for Four Day Enlargement of Time

The United States of America, by and through Assistant United States Attorney John T. McNeil, respectfully submits this assented-to motion for a four day enlargement of time, until March 1, 2005, in which to file its proposed jury instructions, voir dire, motions in limine, and a trial brief. Pursuant to the pretrial order entered in this case on December 16, 2004, those pleadings must be filed by February 25, 2005. Undersigned counsel will be out of state the week of February 21, 2005, and requests leave to file those pleadings by March 1, 2005. The defendant has assented to this motion.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

Date: February 14, 2005                      By: *John T. McNeil*
                                                JOHN T. MCNEIL
                                                Assistant U.S. Attorney