UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                        )
UNITED STATES OF AMERICA    )
                                                        )   Cr. No. 04-10038
v.                                                   )
                                                        )
DEEPAK JAHAGIRDAR                 )
_____)

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

1. Have you, any member of your immediate family, or any close friends ever been employed by any police department or law enforcement agency, or any federal, state or local government agency?

2. Have you ever *applied* to any federal, state, or local law enforcement agency for a job, or do you have any current plans to apply for such a job?

3. Would you tend to give greater credence to the testimony of a government employee or a law enforcement officer because he is a government employee or a law enforcement officer, rather than to testimony of any other witness?

4. Do you have any opinion about courts or prosecuting attorneys or defense attorneys in criminal cases that would prevent or impede your fair judgment of the evidence in this case?

5. Would you have any difficulty whatsoever in accepting as fact that the government bears the burden of proving, beyond a reasonable doubt, that the defendant is guilty of the charged offenses, and that the defendant bears absolutely no burden of proof?

6. Would you have any difficulty whatsoever in accepting as fact that there is no evidence before you at this time to suggest guilt and that therefore, unless and until the government presents evidence sufficient to establish guilt beyond a reasonable doubt, you must continue to presume that the defendant is innocent?

7. If you were representing either the defendant or the United States in this case, is there any reason why you would not want the case to be decided by someone with your beliefs, background, or frame of mind?

8. Do you believe that women who report that they have been sexually assaulted are always telling the truth?

9.  Have you or anyone you know ever been the victim of a sexual assault? If so, would that have any effect on your ability to judge this case fairly, based solely upon the evidence presented in this Court and His Honor's instructions on the law?

10. Mr. Jahagirdar is a dark-skinned native of India and the alleged victim is white. Would this fact have any effect on your ability to judge this case fairly, based solely on the evidence presented in this Court and His Honor's instructions on the law?

11. Would you be even the slightest bit more likely to believe the testimony of a white person than the testimony of a dark-skinned individual of Indian origin?

12. Do you believe that dark-skinned persons are more likely to commit sexual assaults than white persons?

13. Do you have any opinion or feelings concerning allegations of sexual assault which would impede or prevent you from rendering a fair and just verdict, based upon the evidence admitted and the Court's instructions of law, in a case charging a defendant with a sexual assault of which the defendant says he is not guilty?

14. Where reports of sexual misconduct are concerned, would you be more likely to believe the woman who said she was the victim of sexual misconduct than the man who denied any wrongdoing regarding the same incident?

15. Are you nervous when flying on an airplane carrying dark-skinned passengers who appear to be of foreign extraction?

16. Have any of you been involved in any incident on an airplane in which you were subject to verbal or physical assault? If so, would that have any affect on your ability to judge this case fairly, based solely upon the evidence presented in this Court and His Honor's instructions on the law?

17. Have you read anything or seen anything on television or in a movie regarding sexual assault which would affect your ability to judge this case fairly based solely on the evidence presented in court and His Honor's instructions on the law?

18. Do you belong to any groups or organizations which have as their focus the promotion of decency or morality? If so, would that have any affect on your ability to judge this case fairly, based solely upon the evidence presented in this Court and His Honor's instructions on the law?

19. Do you have any beliefs or opinions regarding what is and is not proper sexual behavior which would affect your ability to judge this case fairly, based solely on the evidence

presented in this court and His Honor's instructions regarding the law?

        Respectfully submitted,

        By his attorneys,

| | |
|---|---|
| */s/ Kimberly Homan* | */s/ James W. Lawson* |
| Kimberly Homan | James W. Lawson |
| Mass Bar No. 239000 | Mass. Bar No.289300 |
| 20 Park Plaza, Suite 905 | OTERI, WEINBERG & LAWSON |
| Boston, Massachusetts 02116 | 20 Park Plaza, Suite 905 |
| (617) 227-8616 | Boston, Massachusetts 02116 |
| | (617) 227-3700 |

Date: 2/25/05