UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA            )
                                   )   Cr. No. 03-10305-MLW
v.                                 )
                                   )
DEEPAK JAHAGIRDAR                  )
_____)

**DEFENDANT DEEPAK JAHAGIRDAR'S MOTION TO SEAL HIS PREVIOUSLY-FILED MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF S.M. AND INCORPORATED MEMORANDUM OF LAW**

Now comes the defendant Deepak Jahagirdar and respectfully moves that this Honorable Court order that his previously-filed Motion *In Limine* to Exclude Testimony of [S.M.] and Incorporated Memorandum of Law be filed under seal.

As reason therefor, defendant states that the motion and memorandum contain the name of an alleged victim of sexual assault.

AUSA John O'Neil assents to the granting of this motion.

Respectfully submitted,
By his attorneys,

*/s/ Kimberly Homan*            */s/ James W. Lawson*
Kimberly Homan                  James W. Lawson
Mass Bar No. 239000             Mass. Bar No.289300
20 Park Plaza, Suite 905        OTERI, WEINBERG & LAWSON
Boston, Massachusetts 02116     20 Park Plaza, Suite 905
(617) 227-8616                  Boston, Massachusetts 02116
                                (617) 227-3700

Date:  February 28, 2005