UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10038-MLW |
| | ) | |
| DEEPAK JAHAGIRDAR | ) | |


### GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

The United States of America, by and through Assistant United States Attorney John T. McNeil, respectfully requests that the Court ask prospective trial jurors in the above-captioned case the following questions:

1. This case was investigated by the Massachusetts State Police, the United States Secret Service, and the Federal Bureau of Investigation. Do you have any opinions about these law enforcement agencies which would prevent you from fairly and impartially evaluating the evidence presented in this case, and rendering a fair and impartial verdict on the evidence and law presented to you in this case?

2. The United States of America is one of the litigants in this trial. You will hear the United States referred at times as "the government." Have you, or any member of your immediate family, or anyone with whom you are close:

    - ever been employed by the federal government in any capacity;

    - ever filed a lawsuit or claim of any kind against any police or other law enforcement officer; or

    - ever filed a claim or lawsuit against the United States or any of its agencies, or answered a claim or lawsuit filed by the federal government?

3. Have any of you or any member of your family been involved in the criminal justice system as a defendant in a criminal case? If so, would your experience as a criminal defendant, or as the family member of a criminal defendant, render you unable to be a fair and impartial juror in this case?

4. Have any of you been charged or convicted of a crime in state or federal court?

5. Have any of you or a close friend or relative had an unpleasant experience in court or involving lawyers that would cause you to be biased against either of the parties?

6. Have any of you or a close friend or relative ever had an unpleasant experience with the police or law enforcement that would cause you to be biased against the government, or to doubt the testimony of a law enforcement officer?

7. The defendant has been charged with sexually assaulting and having abusive sexual contact with a young woman aboard a commercial aircraft. Have you had any involvement with an allegation of a sexual assault in the past, either as the person accused of a sexual assault, as a victim of a sexual assault, a witness to a sexual assault, or as a family member or close friend of someone accused or victimized by a sexual assault? Is there anything about your past involvement in an allegation of a sexual assault which would cause you to doubt the alleged victim's testimony before hearing that testimony, or to be biased against either of the parties?

8. The defendant is charged in Count I of the Indictment with the penetration, however slight, of the genital opening of another by a hand or by a finger, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person, and in Count II with the intentional touching, either directly or through the clothing, of the genitalia, groin, or inner thigh of any person, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person. It is anticipated that there will be testimony regarding whether the defendant penetrated the victim's vagina with his finger or hand during this trial, and you may need to discuss such an issue in your deliberations. Is there anything about the nature of these charges, or the anticipated nature of the evidence, that leads you to believe that you may be unable to fairly and adequately evaluate and discuss all of the evidence, and be a fair and impartial juror in this case?

9. Are you aware of any beliefs or feelings which would prevent you from completely and honestly applying the law, as I give it to you at the end of the case, to the facts as you find them?

10. Do any of you have any conditions, physical or otherwise – such as hearing limitations, sight limitations, or other physical or mental issues – which would make it difficult for you to serve on a jury?

11. Do you know of any reason why you cannot sit as a fair and impartial juror in the trial of this case?

The government also agrees that the Court should make inquiry of prospective jurors as

proposed in the defendant's voir dire requests number 10 (related to racial bias), and number 3 (related to law enforcement bias).

     Because prospective jurors may be reluctant to disclose a past accusation of sexually assaulting another person, being the victim of a sexual assault, or harboring a racial bias, the government requests that the Court make individual inquiry of each prospective juror on each of these subjects, even if a juror has not responded affirmatively during the questioning of the entire panel.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

Date: March 1, 2005                        By: /s/ John T. McNeil
                                            JOHN T. MCNEIL
                                            Assistant U.S. Attorney