UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  04-10038-MLW |
| | ) | |
| DEEPAK JAHAGIRDAR | ) | |
| | ) | |

**Government's Motion for Enlargement of Time to Respond to
Defendant's Motions in Limine**

The United States of America, by and through Assistant United States Attorney John T. McNeil, respectfully submits this motion for an enlargement of time, until March 16, 2005, to respond to Defendant's motions in limine.  The government's responses are currently due on March 11, 2005.  As reason therefore, undersigned counsel has had the flu since March 6, 2005, and has been unable to complete the work necessary to fully respond to the defendant's motions.  The defendant assents to this motion.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

Date: March 11, 2005                      By: /s/John T. McNeil
                                              JOHN T. MCNEIL
                                              Assistant U.S. Attorney