UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No.: 04CR10038MLW |
| ) | |
| v. ) | |
| ) | |
| DEEPAK JAHAGIRDAR ) | |

**MOTION TO TEMPORARILY
MODIFY CONDITIONS OF RELEASE**

Now comes the defendant, Deepak Jahagirdar, and respectfully requests that this Honorable Court temporarily modify his conditions of release to allow him to travel in an aisle seat and seated beside his wife, Pushpa Jahagirdar, from Phoenix to Boston on March 25, 2005, and from Boston to Phoenix at the conclusion of his trial which is scheduled to commence on March 28, 2005.

In support of his Motion the defendant states that at present he is required, if traveling alone, to purchase the middle seat next to the aisle seat in which he is seated so that the middle seat is unoccupied when defendant travels by air. Defendant states further that the request to modify this condition to allow him to travel seated beside his wife is reasonable and appropriate.

          Respectfully submitted,
          BY HIS ATTORNEY:

          */s/ James W. Lawson*
          James W. Lawson, Bar #289300
          OTERI & LAWSON, PC
          20 Park Plaza, Suite 905
          Boston, MA 02116
          (617) 227-3700

DATED: March 16, 2005