UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10038-MLW |
| | ) | |
| **DEEPAK JAHAGIRDAR** | ) | |

GOVERNMENT'S LIST OF PROSPECTIVE TRIAL WITNESSES

The United States of America, by and through Assistant United States Attorney John T. McNeil respectfully submits the following revised list of prospective trial witnesses. In keeping with the Court's Pretrial Order, if the government subsequently decides to offer the testimony of any additional witness in its case in chief, it will promptly notify the defendant.

1. D.S.;

2. S.M.;

3. Gwendolyn Pace, Delta Air Lines, Inc.;

4. Kelly Larkin Horn, Delta Air Lines, Inc.;

5. William Manion, Delta Air Lines, Inc.;

6. Keeper of the Records, Delta Air Lines, Inc.;

7. Kevin Hogaboom, Trooper, Massachusetts State Police

8. Dan Sullivan, Trooper, Massachusetts State Police

9. Carol Courtwright, Chemist, Massachusetts State Police Lab;

10. Dominique Savinelli, Massachusetts State Police Lab;

11. Kellie Bogosian, Chemist, Massachusetts State Police Lab;

12. Samantha McHale, Beverly Hospital;

13. Keeper of Records, Beverly Hospital;

14. George Hartford, Special Agent, United States Secret Service;

15. Matthew Fasulo, Special Agent, United States Secret Service;

16. Jason Byrnes, Special Agent, United States Secret Service;

17. William Perry, Special Agent, United States Secret Service;

18. Special Agent Tamara Hardy, Federal Bureau of Investigation, Boston, Massachusetts;

19. Special Agent Michael D. Nordwall, Federal Bureau of Investigation, Phoenix, Arizona;

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

Date: March 16, 2005      By: /s/ John T. McNeil
          JOHN T. MCNEIL
          Assistant U.S. Attorney