UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 04-10038-MLW |
| | ) | |
| DEEPAK JAHAGIRDAR | ) | |

GOVERNMENT'S LIST OF PROSPECTIVE TRIAL EXHIBITS

The United States of America, by and through Assistant United States Attorney John T. McNeil respectfully submits the following list of prospective trial exhibits. In keeping with the Court's Pretrial Order, if the government subsequently decides to offer any additional exhibits in its case in chief, it will promptly notify the defendant:

| Marked for Identification | Exhibit | Admitted Exhibit Number |
|---|---|---|
| 1 | Diagram of Interior of Delta Aircraft (MD-88) | |
| 2 | Beverly Hospital Records | |
| 3 | DNA Samples Taken from Jahagirdar on 3/31/02 | |
| 4 | DNA Sample Taken from D.S. on 8/16/02 | |
| 5 | DNA Sample Taken from Jahagirdar on 1/13/04 | |
| 6 | DNA Results: Summary Chart I | |
| 7 | DNA Results: Summary Chart II | |

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: March 16, 2005         By: /s/John T. McNeil
                             JOHN T. MCNEIL
                             Assistant U.S. Attorney