UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10038-MLW |
| | ) | |
| DEEPAK JAHAGIRDAR | ) | |

**Government's Response to Defendant's Motion to
Temporarily Modify Conditions of Release**

The United States of America, by and through Assistant United States Attorney John T. McNeil, respectfully submits this response to the defendant's Motion to Temporarily Modify Conditions of Release (Docket No. 64). With respect to the defendant's flight from Arizona to Boston for purposes of attending the trial in this matter, the government has no objection to the proposed amendment so long as the defendant's wife remains in his presence throughout the flight, and the defendant provides to the government and the Pretrial Services Office a copy of both his and his wife's tickets (or e-tickets) no fewer than 3 days before his flight.

With respect to his return flight from Boston to Phoenix, the government reserves its objection. (If the defendant is found guilty of the charges, the government expects to move for the defendant's detention.)

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: March 17, 2005          By: /s/ John T. McNeil
                              JOHN T. MCNEIL
                              Assistant U.S. Attorney

1