UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 04CR10038MLW |
| v. | ) | |
| DEEPAK JAHAGIRDAR | ) | |

### DEFENDANT DEEPAK JAHAGIRDAR'S LIST OF PROSPECTIVE TRIAL WITNESSES

Defendant Deepak Jahagirdar respectfully submits the following list of prospective trial witnesses. In keeping with the Court's Pretrial Order, if the defendant subsequently decides to offer the testimony of any additional witness, he will promptly notify the government.

1. Rick Slager
   4800 North Scottsdale Rd.
   Suite 5000
   Scottsdale, AZ  85251

2. Colleen McGreevey
   4800 North Scottsdale Rd.
   Suite 5000
   Scottsdale, AZ  85251

3. Charles M. Campo, Esq.
   170 Milk St.
   Boston, MA  02109

4. John DiNatale
   214 Lincoln St.
   #203
   Allston, MA  02134

5. Samantha McHale, RN
   Beverly Hospital
   85 Herrick St.
   Beverly, MA  01915

6. Keeper of Records
   Beverly Hospital
   85 Herrick St.
   Beverly, MA  01915

7. Eugene Ostroff, MD
   Beverly Hospital
   85 Herrick St.
   Beverly, MA  01915

8. Pat Shrock
   7242 East Tailfeather Dr.
   Scottsdale, AZ  85255

9. Bill Weese
   P.O. Box 36805
   Phoenix, AZ  85067-6805

10. Pushpa Jahagirdar
    11270 North 128th Way
    Scottsdale, AZ  95259

11. Rajeev Jahagirdar
    11270 North 128th Way
    Scottsdale, AZ  95259

12. Deepak Jahagirdar
    11270 North 128th Way
    Scottsdale, AZ  95259

13. Michael Bevilacqua
    Suffolk County D.A.
    One Bulfinch Place
    Boston, MA  021147

                                                                 Respectfully submitted,
BY HIS ATTORNEY:
/s/ James W. Lawson
James W. Lawson, Bar #289300
OTERI & LAWSON, PC
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700

DATED: March 18, 2005