UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No.: 04CR10038MLW |
| ) | |
| v. ) | |
| ) | |
| DEEPAK JAHAGIRDAR ) | |

## DEFENDANT DEEPAK JAHAGIRDAR'S LIST OF
## PROSPECTIVE TRIAL EXHIBITS

Defendant Deepak Jahagirdar respectfully submits the following list of prospective trial exhibits. In keeping with the Court's Pretrial Order, if the defendant subsequently decides to offer any additional exhibits, he will promptly notify the government.

| Marked for Identification | Exhibit | Admitted Exhibit Number |
|---|---|---|
| A. | Beverly Hospital Records | |
| B. | Letter from Jeffrey A. Newman, Esq. to James W. Lawson, Esq., April 26, 2004 | |
| C. | Letter from Jeffrey A. Newman, Esq. to Charles M. Campo, Esq., May 5, 2004 | |

Respectfully submitted,
BY HIS ATTORNEY:

/s/ James W. Lawson
James W. Lawson, Bar #289300
OTERI & LAWSON, PC
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700

DATED: March 18, 2005

CERTIFICATE OF SERVICE

I, James W. Lawson, hereby certify that on this 18th day of March, 2005, I served one copy of Defendant Deepak Jahagirdar's List of Prospective Trial Exhibits, with attachments, via hand-delivery to: John T. McNeil, AUSA, U.S. Courthouse, Suite 9200, One Courthouse Way, Boston, MA 02210.

/s/ James W. Lawson

James W. Lawson