UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO.  04-10038-MLW |
| ) | |
| DEEPAK JAHAGIRDAR ) | |
| ) | |

**Government's Supplemental Response to the Defendant's Motions**
*In Limine* **Relating to Evidence of Sexual Misconduct on Aircraft**

The United States of America, by and through Assistant United States Attorney John T. McNeil, respectfully submits this supplemental response to the Defendant's Motion *in Limine* to Exclude Testimony of S.M. (Docket No. 52), and Defendant Deepak Jahagirdar's Supplemental Motion *in Limine* Relating to Evidence of Unrelated Sexual Misconduct on Airplanes (Docket No. 60).

In its initial response, the government outlined evidence obtained to date which indicated that sexual offenses occur with some regularity on commercial aircraft.  Since that response the government has become aware of several additional reported cases of such conduct including: United States v. Georgescu, 723 F.Supp. 912, 913 (EDNY 1989) in which an adult male sexually assaulted a nine year old girl by placing his hand on her genitals during a flight from Copenhagen to New York; United States v. Jenny, 7 F.3d 953, 954-55 (10th Cir. 1993) in which an adult male sexually assaulted a female flight crew member by groping her breast and "pawing and grabbing" her hips and buttocks; and United States v. Simer, 187 F.3d 650, 1999 WL 503831, **1 (9th Cir. 1999)(unpub.) in which an adult male was convicted for committing lewd, obscene and indecent acts in the presence of a child on an aircraft.

1

These reported cases represent only a small fraction of incidents involving sexual assaults or lewd conduct aboard aircraft. As noted in the government's earlier submission, Delta Airlines, Inc. reported 30 instances of sexual misconduct and one reported instance of sexual abuse in 2003 and 2004. The Federal Bureau of Investigation, which is charged with investigating such assaults aboard aircraft and collecting data on such reported crimes, recently published statistics for 2003. In that year, agents investigated 175 complaints regarding interference, threats and other incidents aboard aircraft. Eight percent (14 of the 175) involved allegations of sexual assaults and other forms of lewd conduct.

These reported cases, as well as the complaint statistics gathered by FBI and Delta, reveal that sexual assaults are substantially more frequent than commonly known. As a result, the government will object to any claim or argument by the defendant that this type of conduct does not occur, or is unlikely to occur, on commercial aircraft, as such an argument or claim is misleading and factually incorrect.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

Date: March 23, 2005                        By: *John T. McNeil*
                                              JOHN T. MCNEIL
                                              Assistant U.S. Attorney