UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 04-10038-MLW |
| | ) | |
| DEEPAK JAHAGIRDAR | ) | |

**GOVERNMENT'S REVISED LIST OF PROSPECTIVE TRIAL EXHIBITS**

The United States of America, by and through Assistant United States Attorney John T. McNeil respectfully submits the following revised list of prospective trial exhibits. In keeping with the Court's Pretrial Order, if the government subsequently decides to offer any additional exhibits in its case in chief, it will promptly notify the defendant:

| Marked for Identification | Exhibit | Admitted Exhibit Number |
|---|---|---|
| 1 | Diagram of Interior of Delta Aircraft (MD-88) | |
| 2 | Diagram of Seating Detail of Delta Aircraft (MD-88) | |
| 3 | Diagram of Vulva | |
| 4 | Beverly Hospital Records | |
| 5A | DNA Samples Taken from Jahagirdar on 3/31/02 (front) | |
| 5B | DNA Samples Taken from Jahagirdar on 3/31/02 (back) | |
| 6 | DNA Sample Taken from D.S. on 8/16/02 | |
| 7A | DNA Samples Taken from Jahagirdar on 1/13/04 (exterior packaging) | |
| 7B | DNA Samples Taken from Jahagirdar on 1/13/04 (interior packaging) | |
| 7C | DNA Samples Taken from Jahagirdar on 1/13/04 (interior packaging detail) | |

| Marked for Identification | Exhibit | Admitted Exhibit Number |
|---|---|---|
| 7D | DNA Samples Taken from Jahagirdar on 1/13/04 (interior packaging detail) | |
| 8 | DNA Results: Summary Chart I | |
| 9 | DNA Results: Summary Chart II | |
| 10 | Stipulation on DNA Samples | |
| 11 | Stipulation on Special Aircraft Jurisdiction | |

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: March 23, 2005         By: /s/ John T. McNeil
                                 JOHN T. MCNEIL
                                 Assistant U.S. Attorney