

THIRTY-EIGHTH EDITION

# GRAY'S ANATOMY

## THE ANATOMICAL BASIS OF MEDICINE AND SURGERY

CHAIRMAN OF THE EDITORIAL BOARD

The late **Peter L. Williams** DSc (Lond) MA MB BChir (Cantab) FRCS (Eng)

Emeritus Professor, University of London
Formerly Professor of Anatomy, Guy's Hospital Medical School, London

EDITORIAL BOARD

**Lawrence H. Bannister**
**Martin M. Berry**
**Patricia Collins**
**Mary Dyson**
**Julian E. Dussek**
**Mark W. J. Ferguson**

LIBRARY
U.S. COURT OF APPEALS
FIRST CIRCUIT

APR 8 1997

PROPERTY OF THE U.S.



CHURCHILL LIVINGSTONE

NEW YORK EDINBURGH LONDON TOKYO MADRID AND MELBOURNE 1995

FRCS
atomy and Cell Biology, United
's Campus, London

gy, University College London,

D ARCS DIC FBES FZS
, Department of Human Anatomy
erpool, Liverpool

hD
n Biology, University of Leeds,

) DSc
logy, Division of Anatomy and
Dental Schools, Guy's Campus,

Case 1:04-cr-10038-MLW    Document 73-3    Filed 03/24/2005    Page 2 of 5

: of the ovary, and medially to the ovarian
imbria of the tubal infundibulum projects
i. Between the ovary and uterine tube the
he epoöphoron (p. 1869) and medially the
and anastomoses between the uterine and

eritoneal fold projects from the posterior
ment which is attached to the hilum of the
nits vessels and nerves.

the largest part of broad ligament, extending
the ovarian ligament and uterine body. The
tween its two peritoneal layers about 1.5 cm
er crossing the ureter (p. 1559) and ascending
ow the uterine tube to anastomose with the
the infundibulum and upper (tubular) pole
lateral pelvic wall the broad mesometrium
ls and nerves within a fibrous *suspensory*
*(fundibulopelvic ligament)*, continued laterally
vessels as a distinct fold. The mesometrium
nal part of the *round ligament of the uterus*;
le and loose connective tissue.

nts (14.22) are narrow somewhat flattened
assing diagonally down and laterally within
the upper part of the uterus to the pelvic
superiorly to the uterine wall just below and
ornua, then each courses laterally downwards
rator and external iliac vessels, the obturator
d umbilical artery. The round ligament enters
, round the start of the inferior epigastric
guinal canal and finally splits into strands
ective tissue in the vicinity. Classically, these
cribed as terminating in the labia majora;
of dissection of 10 cadavers aged 0–10 years
91) concluded that they did not reach the
nons pubis or close to the anterior abdominal
uterus the round ligament contains much
radually diminishes until its terminal part is
iccompanied by blood vessels, nerves and
in the uterine region around the entry of the
rficial inguinal lymph nodes (p. 1623); uterine
l by this route. In the fetus a peritoneal
carried with the round ligament for a short
nal canal, but it is generally obliterated
imes patent even in old age. In the canal the
me coverings as the spermatic cord (p. 1856)
ier and blend with the ligament itself, which
dium majus but ends by fusing with these
id ovarian ligaments are together homologous
testis (p. 212).

f connective tissue lie in the pelvic floor and
.nical supports for the uterus. They include
its which pass radially outwards from the
to the bony wall of the pelvis transversely,
orly. They are, respectively, the transverse
nd pubosacral ligaments. Of these, the trans-
: are the largest and most important clinically

al ligaments of Mackenrodt (cardinal
id from the side of the cervix and the vault
: vagina to extensive attachments at the pelvic
ous with the fibrous tissue around the lower
nd pelvic blood vessels. They are thought
dilizing the uterus (hence its gynaecological

ents. These pass forward from the anterior
d upper vagina, diverging around the urethra
o the posterior aspects of the pubic bones.
ants. These pass back from the cervix and
side of the rectum, attaching to the sacrum,
sacral folds (see above).
e above ligaments (and vagina) may act in
chanical supports of the uterus, the levatores

ani and coccygei, urogenital diaphragm and perineal body appear at
least as important in this respect (Wendell-Smith & Wilson 1977).

## VAGINA

The vagina (14.15, 16, 24, 29, 30), the female copulatory organ, is a
fibromuscular tube lined by non-keratinized stratified epithelium,
from the vestibule (the cleft between the labia minora) to the uterus.
The bladder and urethra are anterior, the rectum and anal canal
posterior (separated in the upper part of the vagina by the recto-
uterine pouch). The vagina ascends posterosuperiorly in a shallow
S-shaped curve, at an angle of over 90° to the uterine axis, but which
varies with the contents of the bladder and rectum. The inner surfaces
of its walls are ordinarily in contact with each other, its lumen
forming an H-shaped cleft, seen in transverse sections of its lower
part, the transverse line being slightly convex forwards or backwards
and the lateral limbs medially convex; at its intermediate level the
lumen is a transverse slit. Its anterior wall is 7.5 cm in length, the
posterior 9 cm; its width increases as it ascends. Its upper end
surrounds the vaginal projection of the cervix uteri near the external
os, attached to it higher on the posterior cervical wall than on the
anterior.

The annular recess between the cervix and vagina is the *fornix*;
the anterior, posterior and lateral parts of this recess are often given
separate names (anterior fornix, etc.), but the recess is essentially
continuous.

The *anterior wall* of the vagina is related to the urethra, which is
embedded in it, and to the base of the bladder. The *posterior wall*,
covered by peritoneum in its upper quarter, is separated from the
rectum by the recto-uterine pouch above, and by moderately loose
connective tissue in its middle half; in its lower quarter it is separated
from the anal canal by the musculofibrous perineal body. Laterally
are the levatores ani (p. 831) and pelvic fascia. As the ureters pass
anteromedially to reach the fundus of the bladder, they pass close
to the lateral fornices and as they enter the bladder they are usually
anterior the vagina (p. 1829). Each ureter is crossed transversely here
by a uterine artery (p. 1559).

## MICROSTRUCTURE

The vagina has an inner mucosal and an external muscular stratum,
the lamina propria of the former containing many thin-walled veins.

### Mucosa

The mucosa adheres firmly to the muscular layer; on its epithelial
surface are two median longitudinal ridges, one anterior and the
other posterior. From these vaginal columns numerous transverse
bilateral rugae extend, divided by sulci of variable depth, giving an



14.29 Section through the mucosa of the vagina, showing the non-kera-
tinized stratified squamous epithelium and the lamina propria beneath. Note
the papillated interface between the epithelium and underlying connective
tissue. Haematoxylin and eosin.



14.30 Cells of the mature vaginal epithelium in a diagnostic smear prep-
aration stained by Papanicolaou's technique (Shorr modification). All the
cells shown are superficial keratinizing squames, some of which show
actual keratin granules. The pink cells are the oldest and most superficial.
(Preparation provided by Max Levene, St Helier Hospital, Carshalton.)

appearance of conical papillae which are most numerous on the
posterior wall and near the orifice. These are especially well developed
before parturition. The epithelium is non-keratinized stratified squa-
mous. After puberty it thickens and is rich in glycogen. Unlike many
other mammals, human vaginal epithelium does not change markedly
during the menstrual cycle, but its glycogen increases after ovulation
and then diminishes towards the cycle's end. The fermentative
action of certain bacteria (Doderlein's bacillus) on the glycogen-rich
desquamated cellular debris renders vaginal fluid acid, and this
appears to have an inhibitory effect on the growth of micro-organ-
isms; the amount of glycogen is less before puberty and after the
menopause, when vaginal infections are more common. There are
no mucous glands. The vagina also receives mucus from the cervical
glands, especially around the time of ovulation, serving to lubricate
the vagina.

*Cyclical variations* in the vaginal epithelium have been much
studied, especially by exfoliative cytology involving taking smears of
surface cells to examine any microscopic changes, and their relative
frequencies (Stockard & Papanicolaou 1917). The cells are mostly
epitheliocytes and leucocytes (14.30). This technique has been useful
in reproductive studies of experimental animals and is also applied
in clinical gynaecology. Effects of hormonal therapy include changes
in vaginal cellular debris, which also occur in uterine and especially
cervical carcinoma (Papanicolaou & Traut 1943; Koss 1968).

### Muscular layers

These are composed of smooth muscle and consist of a stronger
external longitudinal, and an internal circular layer. Longitudinal
fibres are continuous with the superficial muscle fibres of the uterus,
the strongest fasciculi being those attached to the rectovesical fascia
on each side. The two layers are not distinct but connected by
oblique decussating fasciculi. The lower vagina is also surrounded
by the skeletal muscle fibres of bulbospongiosus (p. 835). Most
external is a layer of loose connective tissue, containing extensive
vascular plexuses.

### Vessels and nerves

**Arteries.** These are derived from the vaginal, uterine, internal
pudendal and middle rectal branches of the internal iliac arteries
(p. 1559; 10.000).

**Veins.** These form lateral plexuses, drained through the vaginal
veins to the internal iliac veins.

**Lymph vessels.** These are described on page 1623.

**Nerves.** Innervation is derived from the vaginal plexuses and
pelvic splanchnic nerves (p. 1309). The lower vagina is supplied by
the pudendal nerve (p. 1287). Many nerve fibres in the lamina propria
and muscle react strongly to tests for cholinesterase and are probably
cholinergic.



14.31   Female external genitalia, with the labia majora et minora separated.

## FEMALE EXTERNAL GENITAL ORGANS

The female external genitalia (14.31, 32) include: the mons pubis, labia majora et minora pudendi, the clitoris, vestibule, vestibular bulb and the greater vestibular glands. The term *pudendum* or *vulva* includes all these parts.

14.32   Dissection of the female perineum to show the bulb of the vestibule and greater vestibular gland on the right; on the left side of the body the muscles superficial to these structures have been left in situ.

1876

**Mons pubis.** This name refers to the rounded eminence situated anterior to the pubic symphysis, formed by a mass of subcutaneous adipose connective tissue, covered by coarse hair at the time of puberty over an area usually limited above by an approximately horizontal boundary. (In males this upper limit is similar; its apparent continuation to the umbilicus consists of ordinary body hair.)

**Labia majora** (14.31). These two prominent, longitudinal, cutaneous folds extending back from the mons pubis to the perineum, form the lateral boundaries of the *pudendal cleft*, into which the vagina and urethra open. Each labium has an external, pigmented surface, covered with crisp hairs and a pink, smooth, internal surface with large sebaceous follicles. Between these surfaces is much loose connective and adipose tissue, intermixed with smooth muscle resembling the scrotal dartos muscle, together with vessels, nerves and glands. The uterine round ligament may end in the adipose tissue and skin in the front part of the labium. A persistent processus vaginalis and congenital inguinal hernia may also reach a labium. The labia are thicker in front, where they join to form the *anterior commissure*. Posteriorly they do not join but merge into neighbouring skin, ending near and almost parallel to each other; with the connecting skin between they form a low ridge, the *posterior commissure*, which overlies the perineal body; this is the posterior limit of the vulva; the interval between this and the anus, a distance of 2.5–3 cm, is the 'gynaecological' perineum.

**Labia minora** (14.31, 32). These two small cutaneous folds, devoid of fat, between the labia majora, extend from the clitoris obliquely down, laterally and back for about 4 cm, flanking the vaginal orifice. In virgins their posterior ends may be joined by the cutaneous *frenulum of the labia minora*. Anteriorly, each labium minus bifurcates, its upper layer passing above the *clitoris* to form with its fellow a fold, the prepuce, overhanging the *glans clitoridis*. The lower layer passes below the clitoris to form with its fellow the *frenulum clitoridis.* Sebaceous follicles are numerous on the apposed labial surfaces. Sometimes an extra labial fold (labium tertium) is found on one or both sides between the labia minora and majora (Gottlicher 1994).

**Vestibule** (14.32). This cavity lies between the labia minora. It contains the vaginal and external urethral orifices and the openings of the two *greater vestibular glands*, and those of numerous mucous *lesser vestibular glands*. Between the vaginal orifice and the frenulum of the labia minora is a shallow *vestibular fossa*. For a review of this region, see Woodruff and Friedrich (1985) and Wendell Smith and Wilson (1991).

**Clitoris** (14.32). This is an erectile structure, homologous with the penis, and lies postero-inferior to the anterior commissure, partially enclosed by the anterior, bifurcated ends of the labia minora. The corpus clitoridis has two *corpora cavernosa*, composed of erectile tissue and enclosed in dense fibrous tissue separated medially by an incomplete fibrous *pectiniform septum*; each corpus cavernosum is connected to its ischiopubic ramus by a *crus*. The *glans clitoridis* is a small round tubercle of spongy erectile tissue; its epithelium has high cutaneous sensitivity, important in sexual responses. The clitoris, like the penis, has a 'suspensory' ligament and two small muscles, the *ischiocavernosi* (p. 835), attached to its crura. In many details it is a small version of the penis, but differs from it basically in being separate from the urethra.

**Vaginal orifice (introitus)** (14.32). This is usually a sagittal slit positioned postero-inferior to the urethral meatus; its size varies inversely with that of the hymen; like all the vagina it is capable of great distension during parturition and to a lesser degree during coitus.

**Hymen vaginae.** This is a thin fold of mucous membrane situated just within the vaginal orifice; the internal surfaces of the fold are normally folded to contact each other and the vaginal orifice appears as a cleft between them. The hymen varies greatly in shape and area; when stretched, it is annular and widest posteriorly; sometimes it is semilunar, concave towards the pubes; occasionally it is cribriform or fringed. It may be absent or form a complete, imperforate hymen. When it is ruptured, small round *carunculae hymenales* are its remnants. It has no established function.

**External urethral orifice (urinary meatus)** (14.32). This opens about 2.5 cm postero-inferior to the glans clitoridis, anterior to the vaginal orifice: it is usually a short, sagittal cleft with slightly raised margins and is very distensible. It varies in shape from a round aperture to a slit, crescent or stellate form.

**Bulbs of the vestibule** (14.32). These are penile bulb and corpus spongiosum. They a masses, flanking the vaginal orifice and ur narrow commissura bulborum (pars interm is about 3 cm in length; their posterior end in contact with the greater vestibular gland: tapered and joined to one another by a com: clitoridis by two slender bands of erectile ti: contact the inferior aspect of the urogenital each is covered by a muscle, the bulbospor corpus spongiosum is cleft into bilateral m anterior region, by the vestibule and the vag

**Greater vestibular glands (glands of I** are homologues of the male bulbo-urethra two small, round or oval reddish-yellow bo orifice, in contact with and often overlappe the vestibular bulb. Each opens into the vest

### Anatomy of Pregnanc

During pregnancy there are many m phological changes in the female rep ductive system and associated abdomi structures (14.33A, B; 34). The ute enlarges to accommodate the develop fetus and placenta, and there are vari alterations in the pelvic walls, floor a contents which allow for this expansi and also anticipate parturition. At the of this period dramatic changes take pl which facilitate the passage of the spring through the birth canal. These al ations are often neglected by anatomi but they represent an important as of normal reproductive morphology, v considerable clinical interest.

#### Uterine size in pregnancy

The uterus grows dramatically du pregnancy and increases in weight fi about 50 g at the beginning of pregna to up to 1 kg at term. Most of this in weight results from increases in vascularity and tissue fluid of the ute wall, together with myometrial growth above). The increased growth of uterine wall is driven by a combina of mechanical stretching as the conce grows, and the stimulus of oestrogen already noted, the smooth muscle mas the myometrium is thought to incr mainly by hypertrophy, although the actually some true hyperplasia earlie pregnancy.

As pregnancy proceeds, the ut expands out of the pelvic basin an usually palpable just above the pubic s physis by the twelfth week, unless uterus is retroverted (p. 1874), in w case it may not be palpable in abdomen until a little later. In past ol tric practice, anatomical surface la marks such as the pubic symph umbilicus and xiphisternum were use estimate uterine size and therefore tational age. So, for example, by the t

**(a)**

---

[1] *Commonwealth v. Fionda*, 33 Mass.App.Ct. 316, 321, 599 N.E.2d 635, 638 (1992). *See Commonwealth v. Ascolillo*, 405 Mass. 456, 464, 541 N.E.2d 570, 575 (1989); *Commonwealth v. Helfant*, 398 Mass. 214, 220–22, 496 N.E.2d 433, 438–40 (1986); *Commonwealth v. D'Ambrosio*, 318 Mass. 779, 61 N.E.2d 852 (1945); *Commonwealth v. O'Dell*, 34 Mass.App.Ct. 100, 607 N.E.2d 423 (1993).
[2] *Commonwealth v. Goldenberg*, 338 Mass. 377, 383, 155 N.E.2d 187, 191, *cert. denied*, 359 U.S. 1001 (1959). *See Commonwealth v. Eldridge*, 28 Mass.App.Ct. 936, 937, 549 N.E.2d 1139, 1140, *review denied*, 407 Mass. 1101, 552 N.E.2d 863 (1990) (force sufficient to effectuate intercourse sufficient to constitute force element of rape when victim lacks capacity to consent).

**(c)    *Aggravated Rape***

The defendant is also charged with aggravated rape.[1] Aggravated rape is a more serious offense than rape, and it requires the Commonwealth to prove one additional element beyond a reasonable doubt.[2] In order to prove the defendant guilty of aggravated rape, the Commonwealth must prove beyond a reasonable doubt that the rape resulted in or was committed with acts resulting in serious bodily injury, was committed by a joint venture, or was committed during the commission or attempted commission of the crime of (offense)[3]

[It is for you to determine whether the complainant was raped with acts resulting in serious bodily injury.][4]

[See Joint-Venture Charge][5]

[See Jury Charge of Relevant Crimes][6]

Therefore, if after considering all of the evidence you determine that the Commonwealth has proven beyond a reasonable doubt that the defendant raped the complainant and that the rape resulted in or was committed with acts resulting in serious bodily injury, was committed by a joint venture, or was committed during the commission or attempted commission of the crime of (offense), then you shall find the defendant guilty of aggravated rape.

If, however, after your consideration of all of the evidence, you determine that the Commonwealth has proven beyond a reasonable doubt that the defendant raped (alleged victim/name), but has not proven beyond a reasonable doubt that the rape resulted in or was committed with acts resulting in serious bodily injury, was committed by a joint venture, or was committed during the commission or attempted commission of the crime of (offense), then you shall return a verdict of guilty to only the lesser included offense of rape.

If, however, after your consideration of all of the evidence, you determine that the Commonwealth has not proven beyond a reasonable doubt that the defendant raped (alleged victim/name), then you shall find the defendant not guilty.

[1] Aggravated rape is defined by G.L. c. 265, § 22(a).

[2] Rape is a lesser-included offense of aggravated rape. *Commonwealth v. Sherry*, 386 Mass. 682, 695, 437 N.E.2d 224, 232 (1982). A charge on the lesser-included offense of Rape should be given when the evidence provides a rational basis for acquitting the defendant of the crime charge and convicting him or her of the lesser included offense. *Commonwealth v. Henry*, 37 Mass.App.Ct. 429, 439, 640 N.E.2d 509 (1994). Accordingly, where the aggravating element is sufficiently in dispute, the jury should also be instructed on rape. *Commonwealth v. Henry*, 37 Mass.App.Ct. at 439–41, 640 N.E.2d at 509–11.

[3] The following is a list of offense that elevate rape to aggravated rape as provided in G.L. c. 265, § 22(a):

a.  Assault and battery upon a person sixty-five years or older by means of a dangerous weapon (G.L. c. 265, § 15(b)).
b.  Assault and battery by means of a dangerous weapon (G.L. c. 265, § 15(b)).
c.  Assault upon a person sixty-five years or older by means of a dangerous weapon (G.L. c. 265, § 15B(a)).
d.  Assault by means of a dangerous weapon (G.L. c. 265, § 15B(b)).
e.  Armed robbery (G.L. c. 265, § 17).
f.  Unarmed robbery from a person sixty-five years or older (G.L. c. 265, § 19(a)).
g.  Unarmed robbery (G.L. c. 265, § 19(b)).
h.  Kidnapping (G.L. c. 265, § 26).
i.  Armed or assaultive burglary (G.L. c. 266, § 14).
j.  Unarmed burglary (G.L. c. 266, § 15).
k.  Breaking and entering in the nighttime with intent to commit a felony (G.L. c. 266, § 16).
l.  Entering without breaking in the nighttime with intent to commit a felony, the owner or other person lawfully therein being put in fear (G.L. c. 266, § 17).
m.  Breaking and entering in the daytime with intent to commit a felony, the owner or other person lawfully therein being put in fear (G.L. c. 266, § 18).
n.  Entering without breaking a dwelling house in the nighttime with intent to commit a felony, no person lawfully therein being put in fear (G.L. c. 266, § 18).
o.  Breaking and entering in the daytime with intent to commit a felony, no person lawfully therein being put in fear (G.L. c. 266, § 18).
p.  Carrying a firearm (G.L. c. 269, § 10(a)).
q.  Carrying certain dangerous weapons (G.L. c. 269, § 10(b)).
r.  Possession of a machine gun or sawed-off shot gun (G.L. c. 269, § 10(c)).
s.  Possession of a firearm (G.L. c. 269, § 10(h)).
t.  Carrying a firearm in any building or grounds of any secondary school, college, or university without written authorization (G.L. c. 269, § 10(j)).

[4] There are no Massachusetts cases that define serious bodily injury as an aggravating factor of rape. In *Commonwealth v. Sumner*, 18 Mass.App.Ct. 349, 351–52, 465 N.E.2d 1213, 1214–15 (1984), the Court of Appeals of Massachusetts held that the following evidence was sufficient to warrant a denial of the defendant's motion for a required finding of not guilty of aggravated rape based on serious bodily injury to the victim: Testimony by the victim, a doctor and others, as well as photographs of the victim that indicated the victim was forced to engage repeatedly in various sexual acts for an hour and half, was choked until she was gasping for air, was bruised, had scrapes on her throat and back, and was in an emotionally disturbed condition. *See also* Franics M. Dougherty, Annotation, *Sufficiency of Allegations or Evidence of Serious Bodily Injury to Support Charge of Aggravated Degree of Rape, Sodomy, or Other Sexual Abuse*, 25 A.L.R. 4th 1213 (1983).

[5] The jury charge given for aggravated rape based on a joint-venture theory was approved in the following cases: *Commonwealth v. Whitehead*, 379 Mass. 640, 650–52, 400 N.E.2d 821, 830 (1980); *Commonwealth v. Kickery*, 31 Mass.App.Ct. 720, 723, 583 N.E.2d 869, 871 (1991); *Commonwealth v. Foskette*, 30 Mass.App.Ct. 384, 391, 568 N.E.2d 1167, 1171 (1991); *Commonwealth v. Crowe*, 21 Mass.App.Ct. 456, 483, 488 N.E.2d 780, 796, *cert. denied*, 479 U.S. 838 (1986). See § 4.4, Joint Venture in Chapter 4, Part I for the text of the joint venture instruction.

[6] In *Commonwealth v. Robinson*, 24 Mass.App.Ct. 680, 687–88, 512 N.E.2d 514, 518–19, *review denied*, 401 Mass. 1101, 517 N.E.2d 1289 (1987), the defendant was indicted for aggravated rape listing three possible separate offenses as aggravating factors. The jury returned guilty verdicts for all three offenses, only one of which was needed to make the rape an aggravated rape. The Court held "that the judge was not precluded from selecting one of the offenses (the assault and battery charge), and imposing a separate nonconcurrent sentence on that offense, relying on the verdicts of guilty on the other two offenses mentioned in the indictment and also in the present version of G.L. c. 265, § 22(a), as constituting an aggravation of the rape. *Commonwealth v. Robinson*, 24 Mass.App.Ct. 680, 687–88, 512 N.E.2d 514, 518–19, *review denied*, 401 Mass. 1101, 517 N.E.2d 1289 (1987). In order for a crime to be an aggravating factor the rape must take place during the commission or attempted commission of the aggravating crime. *Commonwealth v. Kickery*, 31 Mass.App.Ct. at 723, 583 N.E.2d 869, 871. In *Kickery*, the Court found that although the victim was raped and kidnapped, the kidnapping did not occur until after the rape and therefore did not constitute an aggravating factor. *Commonwealth v. Kickery*, 31 Mass.App.Ct. 720, 724, 583 N.E.2d 869, 871 (1991).