UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10038-MLW |
| ) | |
| DEEPAK JAHAGIRDAR ) | |

NOTICE OF STIPULATED FACTS

    The United States of America by and through Assistant United States Attorney John T. McNeil respectfully submits two stipulations of fact to the Court in advance of trial. Attached as Exhibit 1 is a stipulation regarding certain biological samples taken and analyzed in this case. (Exhibit numbers will be added to the stipulation once the evidence is admitted by the Court, and the exhibits are numbered.) Attached as Exhibit 2 is a stipulation regarding special aircraft jurisdiction.

                                                      Respectfully submitted,

                                                      MICHAEL J. SULLIVAN
                                                      United States Attorney

Date: March 24, 2005                      By: */s/John T. McNeil*
                                                      JOHN T. MCNEIL
                                                      Assistant U.S. Attorney