UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10038-MLW |
| | ) | |
| DEEPAK JAHAGIRDAR | ) | |

## STIPULATION OF FACT

The United States of America and the defendant, Deepak Jahagirdar, stipulate to the following:

1.  Six samples of biological evidence were taken and analyzed in the course of this case. The first four samples were taken from the hands of the defendant Deepak Jahagirdar on the evening of March 31, 2002, at the State Police office in Boston Logan International Airport, and were placed in sealed envelopes. Color copies of these envelopes, which were later sealed in one clear plastic envelope, are marked as Exhibits _____. Those four samples include a swabbing Deepak Jahagirdar's right hand, scrapings from underneath his right fingernails, a swabbing from his left hand, and scrapings from underneath his left fingernails.

2.  On August 16, 2002, a Massachusetts State Police chemist obtained a sample of Daniel Serino's DNA by swabbing the interior of her mouth with a cotton swab. A color photo of the packaging containing the remains of that swab is marked as Exhibit ____.

3.  On January 13, 2004, an FBI agent obtained a  sample of Defendant Deepak

Jahagirdar's DNA by swabbing the interior of his mouth with three cotton swabs. Color

photographs of the exterior and interior packaging of the samples taken are marked as

Exhibits _____.

JOHN T. McNEIL
Assistant United States Attorney

DEEPAK JAHAGIRDAR

DATE: 3·23·05

JAMES LAWSON
Counsel to DEEPAK JAHAGIRDAR