UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CRIMINAL NO. 04-10038-MLW |
| | ) |
| DEEPAK JAHAGIRDAR | ) |

STIPULATION OF FACT

The United States of America and the defendant, Deepak Jahagirdar, stipulate to the following:

1. Delta Air Lines Flight 2100, which departed Dallas/Ft Worth Texas airport in the early afternoon on March 31, 2002, had its first scheduled stop at Boston Logan International Airport in Boston, Massachusetts. On March 31, 2002, Delta Air Lines Flight 2100 was a civil aircraft of the United States. As such, between the time all external doors on the aircraft were closed in Dallas/Ft. Worth and the time that one external door was opened at Boston Logan International Airport, Delta Air Lines Flight 2100 was within the special aircraft jurisdiction of the United States, as so defined at 49 U.S.C. § 46501(2).

JOHN T. McNEIL
Assistant United States Attorney

DEEPAK JAHAGIRDAR

DATE: 3·23·05

JAMES LAWSON
Counsel to DEEPAK JAHAGIRDAR