UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10038

| United States of America | Deepak Jahagirdar |
|---|---|
| PLAINTIFF | DEFENDANT |
| John McNeil | James Lawson |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf         CLERK   O'Leary         REPORTER   Twomey

CLERK'S NOTES

| DATES: | Pretrial Conference |
|---|---|
| 3/23/05 | Court allows government to use the lobby conference room as the separate area for the alleged victim. |
| | Court without objection by the defendant will allow victims initials will to be used in all filings and transcripts. Victims full name however will be used during the course of the trial. Court goes over the jury impanelment process with the parties. Court takes up the pending motions in limine. Court orders the government to file a complete copy of the medical records. Court reserves ruling on the motion to exclude statements of D.S. (Docket no 52). Court allows motion to exclude testimony of S.M. (Docket no. 52). Court gives each side 30 minutes for its opening statement. Parties should be prepared to open on Monday afternoon if necessary. Government to provide copies of witnesses Jencks statements by Monday, March 28, 2005. Parties ordered to file any case law regarding the admissibility of defendant's proposed exhibits B and C by Friday, March 25, 2004. |