UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10038-MLW |
| | ) | |
| DEEPAK JAHAGIRDAR | ) | |

**MEMORANDUM ON ADMISSIBILITY OF D.S.'s
OFFER TO COMPROMISE CIVIL CLAIM**

The United States of America by and through Assistant United States Attorney John T. McNeil respectfully submits this memorandum on the admissibility of Defendant's Proposed Exhibits B & C, related to an offer by an attorney representing D.S. to compromise any civil claim she might have against the defendant.

As noted at the pretrial conference, the government recognizes that D.S. may be properly questioned regarding any possible bias against the defendant, see gen. Fed.R.Evid. 401-403, 611(b), and that she may be questioned specifically regarding her intent and efforts to bring a civil claim against the defendant for sexually assaulting her aboard Delta Flight 2100 on March 31, 2002. See Fed.R.Evid. 408; United States v. Bailey, 327 F.3d 1131, 1143-46 (10th Cir. 2003)(collecting cases). Thus, the government does not intend to generally object to inquiry into this subject on cross-examination. However, the government reserves its right to object to specific questions if they impinge upon her attorney/client privilege, or are otherwise objectionable as to scope or form. See, e.g. Johnson v. Yellow Freight System, Inc.,734 F.2d 1304, 1310-11 (8th Cir. 1984)(permitting cross-examination on witness's pending claim, but restricting scope of that examination).

In conferring with counsel for the defendant, he has indicated that while he may cross-

examine D.S. on this subject, and employ the letters submitted as Defendant's Exhibits B and C as part of that cross-examination, he does not intend to offer those letters into evidence. Since they will not be offered into evidence, there will be no need for the government to object to their admission. As a result, the parties do not intend to submit additional briefing on this subject.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

Date: March 24, 2005              By: /s/ John T. McNeil
                                      JOHN T. MCNEIL
                                      Assistant U.S. Attorney