UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR04-10038

| United States of America | Deepak Jahagirdar |
|---|---|
| PLAINTIFF | DEFENDANT |
| John McNeil | James Lawson |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER  Twomey

CLERK'S NOTES

| DATES: | Jury Trial - Day 1 |
|---|---|
| 3/28/05 | Court goes over preliminary matters with the parties. Government files its Jencks material in court - court accepts the filing under seal. Court conducts jury voir dire. Jury of twelve and two alternates are sworn in. Court excuses the jury for the day. |