## JURY PANEL RECORD

| DISTRICT: MASSACHUSETTS | CASE NUMBER: CR04-10038 |
|---|---|
| CASE TITLE: UNITED STATES v DEEPAK JAHAGIRDAR | |
| ATTORNEYS: John McNeil    James Lawson | |
| | |
| PRESIDING JUDGE: Wolf | DATE DRAWN: March 28, 2005 |
| | |

| No. | NAME | CHALLENGED BY P | D | C | NO. | NAME | CHALLENGED BY P | D | C |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Rachael Keefe | | X | | 22 | David Dunn | | | |
| 2 | John Drelick | | | | 23 | Kenneth Facchiano | | | |
| 3 | Donald McDonald | X | | | 24 | Mark Duhaime | | | X |
| 4 | Marilyn Deorio | X | | | 25 | Peter Cera | | | X |
| 5 | Robert Kearns | | | | 26 | Sara Fritsch | | X | |
| 6 | Peter Marsden | X | | | 27 | David Bernardo | | | X |
| 7 | Renee Hamel | | X | | 28 | Patricia Freitas | | | X |
| 8 | Daniel Johnson | | X | | 29 | | | | |
| 9 | Dolores Ercha | X | | | 30 | | | | |
| 10 | Stephen Meier | | | | 31 | | | | |
| 11 | Mark O'Leary | X | | | 32 | | | | |
| 12 | John Bellomo | | | | 33 | | | | |
| 13 | Joan Foley | X | | | 34 | | | | |
| 14 | Robin Sinacole | | | | 35 | | | | |
| 15 | Elaine Lavallee | | | | 36 | | | | |
| 16 | Karen Waldrop | | | | 37 | | | | |
| 17 | Chris Kakambouras | | | | 38 | | | | |
| 18 | Pamela Simmons | | X | | 39 | | | | |
| 19 | John Pitta | | X | | 40 | | | | |
| 20 | Michael Champagne | | | | 41 | | | | |
| 21 | Matthew Bachman | | | | 42 | | | | |

### ALTERNATE JURORS

| No. | NAME | P | D | C | No. | NAME | P | D | C |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Julie Watson | | X | | 6 | | | | |
| 2 | George Providakes | X | | | 7 | | | | |
| 3 | Jeffrey Walker | | | | 8 | | | | |
| 4 | Paul Folan | | | | 9 | | | | |
| 5 | | | | | 10 | | | | |

P = Plaintiff/U.S.    D = Defendant    C = Court
(jury-empanelment - 12/98)