# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10038

| United States of America | Deepak Jahagirdar |
|---|---|
| PLAINTIFF | DEFENDANT |

| John McNeil | James Lawson |
|---|---|
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

## CLERK'S NOTES

| DATES: | Jury Trial - Day 2 |
|---|---|
| 3/29/05 | Court goes over preliminary matters with the parties.  Jury brought in - court gives its preliminary instructions. |
| | Parties give their opening statements.  Government calls Gwendolyn Pace - witness takes the stand and is sworn |
| | Diagram of the interior of Delta Aircraft (MD-88) marked as exhibit 1 and admitted into evidence. |
| | Government calls Kelly Horn - witness takes the stand and is sworn.  Diagram of seating detail of interior |
| | of Delta Aircraft (MD-88) marked as exhibit 2 and admitted into evidence.  Government calls D.S. |
| | witness takes the stand and is sworn.  Chalk of the vulva area marked as exhibit C for identification |
| | only.  Court excuses the jury for the day and meets with counsel in the lobby. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |