UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10038

| United States of America | Deepak Jahagirdar |
|---|---|
| PLAINTIFF | DEFENDANT |
| John McNeil | James Lawson |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf         CLERK   O'Leary         REPORTER   Twomey

## CLERK'S NOTES

| DATES: | Jury Trial - Day 3 |
|---|---|
| 3/30/05 | Boston Herald article dated 3/30/05 marked as Exhibit D for identification only. D.S. retakes the stand and is reminded by the court that she remains under oath. Government calls Special Agent George Hartford - witness takes the stand and is sworn. Government calls Special Agent William Perry - witness takes the stand and is sworn. Government calls Samantha McHale - witness takes the stand and is sworn in. Government calls Dr. Eugene Ostroff - witness takes the stand and is sworn. |