UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. __CR04-10038__

| United States of America | Deepak Jahagirdar |
|---|---|
| PLAINTIFF | DEFENDANT |
| John McNeil | James Lawson |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE __Wolf__    CLERK __O'Leary__    REPORTER __Twomey__

## CLERK'S NOTES

| DATES: | Jury Trial - Day 4 |
|---|---|
| 3/31/05 | Court goes over preliminary matters with the parties.  Jury brought in.  Government calls Trooper Kevin |
| | Hogaboom - witness takes the stand and is sworn.  Government calls Carol Courtwright - witness takes the |
| | stand and is sworn.  Photographs of DNA samples taken from the defendant and D.S. marked as exhibits |
| | 4A-B, 5 and 6A-D and admitted into evidence.  Government reads stipulations into evidence regarding the |
| | DNA samples taken.  Said stipulation id marked as Exhibit F for identification only.  Government calls |
| | Kelly Bogosian - witness takes the stand and is sworn.  Government reads a stipulation regarding special |
| | aircraft jurisdiction into evidence.  Said stipulation is marked as exhibit G for identification only. |
| | Government rests.  Defendant calls Deepak Jahagirdar - defendant takes the stand and is sworn. |
| | Jury is excused for the day. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |