## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10038

United States of America                         Deepak Jahagirdar
        PLAINTIFF                                        DEFENDANT

John McNeil                                      James Lawson

        COUNSEL FOR PLAINTIFF                    COUNSEL FOR DEFENDANT

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Handel

## CLERK'S NOTES

| DATES: | Jury Trial - Day 5 |
|--------|--------------------|
| 4/1/05 | Court goes over preliminary matters with the parties.  Defendant retakes the stand.  Defendant calls Pushpa |
|        | Jahagirdar - witness takes the stand and is sworn.  Defendant rests.  Government does not put on any rebuttal |
|        | evidence.  Evidence is concluded.  Court excuses the jury for the day.  Defendant renews his rule 29 motion. |
|        | Arguments will be heard after the morning recess.  Court resumes at 11:45 with only the parties.  Court |
|        | listen to oral argument on the Rule 29 motion.  Court reserves judgment on the penetration charge of Count |
|        | I.  Court does grant the rule 29 motion as to the attempt charge contained in Count I.  Government to provide |
|        | the court with a hard copy of a redacted indictment without the attempt language in it this afternoon. |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |