UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10038

| United States of America | Deepak Jahagirdar |
|---|---|
| PLAINTIFF | DEFENDANT |
| John McNeil | James Lawson |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

## CLERK'S NOTES

| DATES: | Jury Trial - Day 6 |
|---|---|
| 4/4/05 | Court goes over the jury instructions with the parties.  Court marks the redacted indictment as Exhibit H for identification only.  Court marks the verdict form as Exhibit I for identification only.  Blow up chalk of Exhibit C marked as Exhibit J for identification only.  Jury brought in.  Closing arguments given.  Court charges the jury.  Jury begins its deliberations.  Jury has a question for the court.  Question is marked as Q1 for identification purposes only.  Jury has not reached a verdict and requested to be excused for the day.  Jury to return at 9:00 AM tomorrow morning. |