UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10038

| United States of America | Deepak Jahagirdar |
|---|---|
| PLAINTIFF | DEFENDANT |
| John McNeil | James Lawson |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf         CLERK   O'Leary         REPORTER   Twomey

## CLERK'S NOTES

| DATES: | Jury Trial - Day 7 |
|---|---|
| 4/5/05 | Jury resumes its deliberations. |
| | Jury returns its verdict of guilty on both counts. |
| | Defendant asks that the jury be polled. Jury polled - all agree with the verdict as it was read. |
| | Court orders the clerk to enter the verdict. |
| | Court discharges the jury. |
| | Defendant requests an opportunity to move for an acquittal. Court orders the defendant to file said motion and supporting memorandum to be filed by April 18, 2005. Government shall respond by April 29, 2005. |
| | Court sets the sentencing hearing for June 24, 2005 at 3:00 PM. Sentencing procedural order to issue. |
| | Court listens to the parties regarding the defendant's detention/release pending sentencing. |
| | Government moves for detention. Court orders the defendant's detention and will issue a written order to the same. |