UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



UNITED STATES OF AMERICA    )
                            )
    v.                      )    Cr. No. 04-10038-MLW
                            )
DEEPAK JAHAGIRDAR,          )
        Defendant.          )


## VERDICT

We the jury find the defendant Deepak Jahagirdar

__GUILTY_____ on Count 1.


__GUILTY_____ on Count 2.



__April 5, 2005__           __[signature] Meir__
Date                        Foreperson