UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 04-10038-MLW |
| | ) | |
| DEEPAK JAHAGIRDAR, | ) | |
|     Defendant. | ) | |

<u>ORDER</u>

WOLF, D.J.                                                                                                         April 5, 2005

     Defendant Deepak Jahagirdar has been convicted of violating 18 U.S.C. §2244 (Count 1) and 18 U.S.C. §2242 (Count 2), which are crimes of violence. For the reasons described in court on April 5, 2005, it is hereby ORDERED pursuant to 18 U.S.C. §3143(a)(2), that Jahagirdar be detained pending his sentencing, which is scheduled for June 24, 2005.

                                             /s/ MARK L. WOLF
                                      UNITED STATES DISTRICT JUDGE