UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Cr. No. 04-10038-MLW |
| DEEPAK JAHAGIRDAR | ) ) ) | |

**DEFENDANT DEEPAK JAHAGIRDAR'S MOTION FOR NEW TRIAL PURSUANT TO FED. R. CRIM. P. 33 AND FOR EXTENSION OF TIME TO FILE MEMORANDUM IN SUPPORT THEREOF**[1]

Now comes the defendant Deepak Jahagirdar and respectfully moves that this Honorable Court grant him a new trial on Count One of the indictment in the interests of justice under Fed. R. Crim. P. 33 because:

1. The evidence preponderates so heavily against the verdict that a new trial is required to prevent a miscarriage of justice.

2. The Court erred in its instructions to the jury regarding penetration, and the evidence is insufficient to prove penetration as properly defined for purposes of 18 U.S.C. §§2242, 2246(2)(C) as to require the entry of a judgment of acquittal pursuant to Fed. R. Crim. P. 29 or, alternatively, preponderates so heavily against a finding of penetration as properly defined as to require a new trial under Rule 33.

Defendant further moves that this Honorable Court permit him until April 18, 2005, the date set by the Court for the filing of a memorandum relative to his Rule 29 judgment of acquittal motion,

---

[1] This request for a new trial is in the alternative to the defendant's pending motion for judgment of acquittal pursuant to Fed. R. Crim. P. 29, on which the Court has reserved judgment.

to file a memorandum in support of this motion for new trial.

                              Respectfully submitted,
                              By his attorneys,

| /s/ Kimberly Homan | /s/ James W. Lawson |
| --- | --- |
| Mass. Bar No. 239000 | Mass. Bar. No.289300 |
| 20 Park Plaza, Suite 905 | OTERI, WEINBERG & LAWSON |
| Boston, Massachusetts 02116 | 20 Park Plaza, Suite 905 |
| (617) 227-8616 | Boston, Massachusetts 02116 |
| | (617) 227-3700 |

DATED: April 8, 2005