**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 04-10038-MLW** |
| | ) | |
| **DEEPAK JAHAGIRDAR** | ) | |
| | ) | |

**Government's Motion for**
**Alternative Sentencing Time or Date**

The United States of America, by and through Assistant United States Attorney John T. McNeil, respectfully files this motion to reschedule the defendant's sentencing, currently set for 3 p.m. on June 24, 2005, to an alternative time or date. As reason therefore, undersigned counsel has a family obligation on the afternoon of June 24, 2005, which conflicts with the scheduled time.

The government requests that the sentencing hearing be set for 9 a.m. on June 24, 2005. If the Court's calendar does not permit rescheduling on June 24th, the government requests that the hearing be reset for another day during the week of June 20th or June 27th. Counsel for the defendant has assented to this motion, and notes that he is available for a rescheduled hearing on June 21-24, June 30, and the morning of July 1.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: June 8, 2005                 By: _/s/ John T. McNeil_
                                       JOHN T. McNEIL
                                       Assistant U.S. Attorney