**Pushpa D. Jahagirdar**
**11270 N. 128th Way**
**Scottsdale, AZ85259**
**(480) 451-4045**

May 8, 2005

The Honorable Judge Mark Wolf
U.S. District Court
District of Massachusetts
Boston, Massachusetts

Dear Judge Wolf,

March 31, 2002 altered our lives forever. Three years later, Deepak and I arrived in Boston for the trial. He would finally have a chance to tell what had really happened that day and we had a strong conviction that truth would prevail. Instead, I returned to Phoenix alone, very deeply hurt and saddened. The one thing that has sustained me through this past month has been the outpouring of support from everyone who knows Deepak.... family, friends, colleagues, neighbors, church members, and community groups that have worked with him. The support has been incredible and is a tribute to the person they know to be Deepak and a testimony to the way he has lived his life.

Sir, I have known Deepak for 33 years. We met in graduate school in India. I have been married to him for close to 28 of those years. During these years he has been a very caring and loving husband and he has been a wonderful and devoted father to our two boys, Rajeev and Sonjeev. He is a very nurturing individual, always ready to help someone in need. His is a spirit of generosity, compassion, kindness and love. He is a very honest and noble person and I am honored to share his life with him. An incredible source of inspiration to me and the love of my life, he is also my best friend.

The past few years have been very difficult for us. When Deepak returned home after that fateful flight from Dallas to Boston, he shared with me all the details of what had actually transpired. Of course it was upsetting to hear it all; but, having known Deepak for as long as I have and knowing him to be a truthful individual, I believe him implicitly when he says it was consensual. It was very foolish of him to participate and totally out of character but it was a moral lapse and in my heart I know that he did not commit the crime of which he has been found guilty. Please, Judge Wolf, as you decide his fate, take into consideration the entire picture of this kind gentleman and all the many good things he has done in his lifetime. He is a very precious part of our family. My boys need his daily guidance and presence in their lives as they make their transition from boyhood to manhood. As for me, I cannot imagine a life without him. He is my anchor, my soul mate, my very life. He has so much to offer society. He has always made a difference in the communities he has lived in over the years. Please show him mercy and don't let this

one moral lapse define his life. He is deeply spiritual and very religious and I know he has and continues to spend a lot of time meditating and seeking God's forgiveness for the lapse. It is something he will always have to live with. But please, Judge Wolf, allow my family unit to heal. We will be able to do so only when he returns home to us. My boys and I need him in our lives and I beg for your mercy on his behalf.

Respectfully,

Pushpa Jahagirdar

Pushpa Jahagirdar



**VistaCare**
Excellence without exception.®

4800 N. Scottsdale Road, Suite 5000, Scottsdale, AZ 85251
Phone (480) 648-4545 • Fax (480) 648-4550
www.VistaCare.com

May 18, 2005

The Honorable Mark Wolf
U.S. District Court
District of Massachusetts

Dear Judge Wolf:

It is with great sadness and disappointment that I write this letter on behalf of a dear
friend and business associate, Deepak Jahagirdar. As Chairman and CEO of VistaCare,
Deepak's former employer, I can't tell you how great a shock it was for us to hear of
Deepak's initial arrest and now conviction.

I have spent my entire business career making business decisions and judgments based on
people and their character, and would to this day bet my life on Deepak's innocence. I
certainly am in no position to second-guess the jury's verdict, but from a personal
perspective and what I know about this man, the pieces just don't fit.

Deepak was my first hire at VistaCare almost four years ago. Because of that, we shared
a unique friendship and bond, as well as a common passion to serve others in their final
days of life. His dream, to bring the gift of hospice to all eligible patients, was expressed
in everything he said and did, and because of his efforts, literally thousands of patients
and families have received the gift of hospice. His enthusiasm was infectious and spread
throughout our entire organization. Quite candidly, we all lost a little something at the
time of his departure.

Because of the nature of our business and close association, I had the opportunity on
several occasions to discuss life's more meaningful subjects. Although we do not share
the same faith, I found him to be one of the most spiritually centered individuals I have
ever encountered. He spoke openly of his calling to hospice and viewed his personal and
professional life as an opportunity for continual individual and spiritual growth. He was
never pious or self-righteous, but instead humble and self-effacing. He was never mean-
spirited or judgmental, but instead kind and forgiving. He was never disrespectful or
disgruntled, but instead loving and enthusiastic.

**Mission Statement**
The passionate pursuit of excellence in nurturing the physical, spiritual and emotional well-being of our patients
and their families, while being responsible stewards of our human and financial resources.

None of us can ever know for sure what truly happened on that fateful flight to Boston, but I can assure you Deepak has already paid dearly, as have all those close to him. His family has lost the daily inspiration and support of a loving husband and father. The hospice industry has lost a voice of meaning and purpose. Our company has lost a true leader. And our patients and families have lost a genuine advocate for quality end-of-life care. Personally, I have lost the close presence of a very dear friend and associate.

I understand and appreciate how difficult your job is, and I am certain that with each conviction comes the cry that incarceration is not the answer. Knowing Deepak as a person, husband, father, business associate, and friend, he is not and will not ever be a threat to society. He is a good person with strong moral conviction to do what is right. All of us who truly know him ask for grace and mercy in his sentencing.

With Great Respect,

Richard R. Slager
Chairman and CEO
VistaCare, Inc.

/ser

2


FINANCIAL LLC

To: The Honorable Mark Wolf

Subject: Character Reference for Deepak Jahagirdar

Even knowing the facts, as the jury found them to be in their verdict, I offer the following in support of the character of Deepak Jahagirdar, for your consideration in his sentencing.

I am a 58-year-old former health insurance executive and now the owner of a small Maryland based business. I am married and the father of three grown children. One is a daughter. I say this to indicate that I certainly can empathize with all parties involved. Additionally, I have worked with and enjoyed relationships with many people from many parts of the world during my career and private life. This life experience provides the basis for my comments about Deepak Jahagirdar.

I have known Deepak Jahagirdar for over 12 years. We worked together while at CIGNA Healthcare. Deepak was my marketing support expert, while I was responsible for sales growth in different geographies. He was bright, hard working, creative and incredibly caring for all of the people on my team. He was willing to provide whatever support we asked for, which usually meant long hours for him. While my team was motivated, in some part, by the economic incentives the company provided, Deepak responded purely out of a concern for us, as no economic incentive existed for him. Deepak could always be counted upon to lead the discussion to decisions that were consistent with the company's very high ethical standards.

After leaving CIGNA Deepak and I have remained friends and as such remained in touch. When I had the opportunity to field a team of healthcare executives for a start up company, Deepak was the first person I called. My asking him to join me is a further indication that he is a person that you can trust and count to do the right thing.

I have learned over the years that Deepak is deeply religious and values his family over all else. He is sensitive; not a loud person; not violent and has a wonderful sense of humor. He has a very strong social conscience. When he had the choice of working for an organization that provided care to individuals in need, he became passionate about it.

This is the Deepak Jahagirdar that I have known. The person I call a friend. He has been a good man and wonderful human being for his 55 years (twelve that I can speak for). I cannot understand how or why he finds himself in this horrible situation. I can only ask that you consider the picture of Deepak that I have, as a caring sensitive and thoughtful person, when considering what is an appropriate punishment. Knowing Deepak, I cannot think of how anything can be more punishing than the humiliation of the jury's verdict and the pain this will cause him and his family, from here forward.

Thank you for affording me the opportunity to share my thoughts and considering them.

Sincerely,

John J. Wider Jr.

May 15, 2005

Honorable Judge Mark Wolf
US District Court
District Of Massachusetts
Boston, Massachusetts:

Re:  Deepak Jahagirdar

Dear Honorable Judge Mark Wolf,

Deepak Jahagirdar is a dear friend and fellow associate of ours in our church group. Our church is called Sri Sathya Sai Baba Center of Scottsdale, Arizona. My family and I have known Deepak, his dear wife Pushpa and their two sons, for the past 9-10 years.

During the time that I have known him, Deepak has always been of exemplary character, always very helpful and loving.  I have stood next to him while serving food to the Phoenix unfortunate over the past several years and have observed him carry out his helpful duties with love, kindness and compassion and always with a smile.  Deepak has shown an extraordinary willingness to help out at any given time and at any given place without any hesitancy and without asking for anything in return.

Deepak has always been a well-behaved family man, a staunch US citizen, ready to help and serve the needs of our nation.  Never have I ever found Deepak to demonstrate any unbecoming behavior.

Honorable Judge Mark Wolf, his family needs him, we all need him. Please be lenient on Deepak. Look at his past; consider the goodness in Deepak. Please give him the benefit of the doubt.  In the name of justice, be kind and compassionate towards our friend Deepak.  He deserves your compassionate leniency.

God Bless America, our nation, our home, our life.

Sincerely Yours

Noshir F Daruwalla
4835 E Emile Zola,
Scottsdale AZ85254

Dated: May 15, 2005

From
Pravin Bolar
10930, N. 128th Way
Scottsdale, AZ – 85259

To
Honorable Judge Mark Wolf
US District Court
District of Massachusetts

Dear Honorary Judge,

I have known Deepak Jahagirdar since September 2002 when we moved into his
neighborhood in Scottsdale Arizona from the San Francisco Bay Area. He has been an
extremely helpful and supportive person. Deepak and his family were one of the first
acquaintances we made in Scottsdale and have been good family friends since then. They
have always been there to support us as our neighbors. I have left my wife and daughter
in their care many a time when I have traveled out of town on business and have found
Deepak to be very trustworthy and dependable.

Deepak is very helpful and kindhearted not just to his family and friends but also to the
community. Although I visit the homeless shelter only once a month, Deepak has always
been a regular visitor every Sunday helping with the breakfast service and touching the
hearts of the many homeless folks who have gotten to know him over the years. They are
all eagerly waiting to see him and miss him at the end of the serving queue where he
talked to them and offered them coffee every Sunday morning.

Deepak is very knowledgeable about spiritual matters and I always look forward to
hearing his opinion on such subjects during our weekly meeting on spiritual reading. He
is God fearing and has always shown compassion towards everyone. He is very patient
and forbearing. I have never seen him lose his temper or show annoyance or frustration
towards anything.

He has a wonderful wife and two children, all of whom I have known very closely. He loves his family and is a very supportive and caring father.  I would like to plead and request the Honorary Judge to be lenient with Deepak Jahagirdar.  He has already undergone considerable suffering and deserves to return back to his family who need him the most.

Thank you for accepting my letter and I hope and pray for Deepak's early release and look forward to meeting him soon.

Thank you,

Pravin Bolar.



André House
of Arizona
Post Office Box 2014
Phoenix, AZ 85001-2014
(602)255-0580

Honorable Judge Mark Wolf
U.S. District Court
District of Massachusetts
Boston, Massachusetts

May 15, 2005

Dear Judge Mark Wolf,

I have known Deepak Jahagirdar for many years. He comes as a
member of a church group that serves breakfast each Sunday. I have
always found his actions and manner to be kind, gentle and loving. He is
one of the last to stop serving the food and drink.

I pray that you will do all you can to help Deepak.

Wishing you well,

Brother Richard Armstrong, C.S.C.

May 23, 2005

Honorable Judge Mark Wolf
US District Court
District of Massachusetts
Boston, MA

Dear Honorable Judge Mark Wolf,

I have known Deepak for the better part of eight years. He is like a brother to me and your Honor, I can attest, with the highest level of sincerity, that Deepak is a thorough gentleman, a man of compassion, love, and warmth, humble, peace loving and most caring.

Over the years, I have had the privilege to share Deepak's company at the spiritual center where our families get together every Sunday to pray. Deepak is known for his compassion towards the needy, and for his sincere desire to "give back". One of the community service programs that we are engaged in involves serving breakfast at the Andre House Homeless Shelter in Phoenix, Arizona. Deepak has been involved in this community program before my time, and not only is he a dependable and committed volunteer, he sincerely cherishes and enjoys the opportunity to help. One has to only watch him serve, to see the abundance of love that radiates from his very being. Deepak is known as the "Coffee Man" because he always assumes the task of serving coffee. He takes utmost pride in not only the serving process but the brewing process as well because he wants it to be just perfect for the people we serve. Honorable Judge Wolf, we are all better people for knowing Deepak!

His contribution and personal perspective at our study circle meetings is always humble and profound. During the meditation segment of our service, I often struggle to stay focused. But when I look at Deepak sitting calmly and peacefully, with an abundance of bliss in his posture, it inspires me and encourages me to refocus. He is truly someone I aspire to be.

Honorable Judge Wolf, as a person, I have nothing but the utmost respect for Deepak. He is a soft-spoken person, and soon after meeting him, it becomes quickly evident that he is also a gentle, kind-hearted individual, who has a positive impact on everyone around him. Deepak and I share many mutual friends, at both business and social levels. All who know him hold him in very high esteem. Sir, if you were to look into his eyes you would see his gentle soul.

Deepak is a very caring individual and is always ready to help. I recently transitioned from a Senior VP position in a technology firm to that of an Account Director within the healthcare public sector. This was a major decision for both my family and I. Deepak took the time to share with me his insights about the industry and helped me think through the opportunity carefully so that I could make the best decision for my family and my career. He has also helped my two teenage children with their college and career selection decisions.

As a father, he has raised two exceptional teenage boys who excel as students. Both children are on the Dean's List at their respective Universities. Rajeev, the older one, is entering his Senior Year at Washington University in St. Louis and has recently completed a

semester at Oxford University in London. The younger one, Sonjeev, has just finished his Freshman Year at the Honor's College, University of Arizona.

Honorable Judge Wolf, Deepak is an outstanding and noble individual. He is not only an educated man, but also a man of character and honor. He is and always has been a good, upstanding and law-abiding citizen. I sincerely believe in his innocence and PLEAD for the highest form of leniency in his case.

Yours Sincerely,

Sagran S Moodley
8321 E. San Salvador Drive
Scottsdale, AZ 85258
480-368-1261

Venkata Kota
c/o 20003 N 23 rd Avenue, Apt # 112
Phoenix, 85027
(602)218-8819

May 23, 2005

The Honorable Judge Mark Wolf
U.S. District Court
District of Massachusetts
Boston, Massachusetts

Dear Judge Wolf,

I have known Deepak Jahagirdar and his family for about two years. Our families are members of the Sri Sathya Sai Center of Scottsdale where we gather to pray together each week and participate in community service projects. I have interacted closely with him before and after the prayer services and during the community service activities and have found him to be very pleasant and kind. I know him to be a person with compassion for the needy and dedication to bringing happiness to the poor and homeless. He is a person who talks to each one of the homeless who show up for our breakfast service in downtown Phoenix and it is quite delightful to see him bring smiles to their faces with his loving and compassionate words. He believes that every person is an embodiment of the Divine and he practices that by treating everyone with utmost respect.

I know him to be a pious and knowledgeable person. I respect him for his academic and professional achievements and I consider him to be a respectable person with a commitment to contributing his time and knowledge to community development. I sincerely believe he is not capable of doing any harm to anyone.

I thank you for allowing me to share my thoughts with you and pray that you will allow him to return home to his family and friends.

Sincerely,

Venkata Kota



Chief Executive Officer
**Darlene Newsom**
Chief Operating Officer
**Daniel Gottry**
Chief Program Officer
**Gary Zeck**
Chief Fund Development Officer
**Robin Dunn**

Board President
**Michael Rooney**
Vice President
**David Henderson**
Secretary
**Chris Henderson**
Treasurer
**Carolyn Sechler**



June 3, 2005

Dear Deepak & Pushpa Jahagirder:

Thank you and the Sri Sathya Center of Scottsdale for your support in coming down once a month to prepare and serve for the homeless families at UMOM New Day Centers. We greatly appreciate organizations such as yours that bring all of the food to prepare and serve a well balanced meal for the clients.

UMOM New Day Centers has come to the aid of the Phoenix metro community since 1964. Arizona's largest homeless shelter for families, UMOM is a leader in the fight to break the cycle of homelessness. UMOM provides food, shelter, and tools to build self-sufficiency, benefiting over 350 residents daily. More than half of these residents are children.

We, at UMOM, often times rely on the support of the community to do what we do because, as you know, so many things just don't fit in our budget. And so, it makes it even more meaningful to us to have had your generous support. Thank you for being a part of our team, as we work together to serve the homeless people in our community.

Gratefully,

Emily Maurer
Volunteer Coordinator

**UMOM New Day Centers**
3320 East Van Buren
Phoenix, Arizona 85008
Phone (602) 275-7852
Fax (602) 275-6548
www.umom.org



May 23, 2005

11230 North 128th Way
Scottsdale, Arizona 85259

The Honorable Judge Mark Wolf
United States District Court
District of Massachusetts

Dear Judge Wolf:

My wife and I have known Deepak Jahagirdar as a neighbor and friend since 1995. During that time, we have learned that he is highly intelligent, deeply spiritual, concerned and caring about his family and friends, and absolutely never aggressive, violent, or devious in any way. We have had long talks about many subjects, talks in which his insightful nature and sense of humor paved the way for deeper understanding of important issues. I have spent the last 45 years of my life analyzing candidates for important positions in the field of education, and have learned a great deal about both first and long-term impressions. Deepak is someone I would hire, and be confident that I had hired wisely.

Everything we know about Deepak tells us that the act for which he has been convicted was completely out of character. Everything we know about him tells us that he has already suffered immensely, as has his family. Does that act, that conviction, warrant further punishment? The decision you must make is a heavy one. Please make it with all due compassion for Deepak and his family.

Sincerely,

Jerome D. Lebo
Cheryl J. Lebo

**Patricia G. Schrock**
**7242 East Tailfeather Drive**
**Scottsdale, Arizona  85255**

May 16, 2005

Honorable Judge Mark Wolf
U.S. District Court
District of Massachusetts

Dear Sir:

I am writing this letter on behalf of Deepak Jahagirdar who will soon be before you for
sentencing.  And I hope to persuade you to be lenient when passing sentence on Deepak.  I truly
do not believe he is a sexual predator or a risk to society, and I assure you I do not write these
words lightly.

Let me tell you a little about myself so you can assess the value of my recommendation.  I am
51 years old and have worked in the human resources profession for over 25 years; the last 15
years in senior management positions.  I was raised in what I would call a working class family.
My father was a Department of Natural Resources officer in the upper peninsula of Michigan,
my mother, a stay at home mom.  I am the oldest of five and the only girl.  I started working
when I was 13 and spent a lot of time waiting tables and working as a secretary to put myself
through college.  In the late 1960's and 1970's, no one thought much about "hostile work
environments" for women.  Pinching, patting, leering and crude remarks were all part of the
work place and you learned how to defend yourself with humor and a "smiling no."  You also
developed a keen radar for men with that "lingering pat on the back" or "too friendly smile" and
avoided being caught alone with them.

Slowly things started to change and in my role in human resources I found myself investigating
numerous claims of sexual harassment and hostile work environment, many valid, some not.  I
spent countless hours educating management and employees on what sexual harassment is and
isn't.

I met Deepak Jahagirdar when he was hired at VistaCare as Chief Marketing Officer. In all of my interactions with him, I have <u>never</u> seen him behave in any way that would be construed as inappropriate, sexually or otherwise. As the Vice President of Human Resources, I traveled with him to many of our locations and watched him interact with employees at all levels within our organization. He was unfailingly courteous and polite.

As I wrote earlier, I do not believe Deepak is a sexual predator or a risk to our society and therefore on behalf of Deepak and his family, I ask that you impose the lightest possible sentence.

Thank you for your time and courtesy in reading my letter.

Sincerely,

Patricia Gussert Schrock



4800 N. Scottsdale Road, Ste. 1500, Scottsdale, Arizona 85251
Tel: 480.612.6565 Fax: 480.612.6560 www.iNation.com

June 2, 2005

The Honorable Mark Wolf
U.S. District Court
District of Massachusetts

I am writing this letter on behalf of Deepak Jahagirdar, a good friend and associate over many years. I am the former Chairman and CEO of VistaCare Inc., one of the largest hospice companies in the United States. I have also worked as Chairman of the VistaCare Foundation, a charitable organization helping those who are facing terminal illnesses.

I have known Deepak for approximately five years, and have had the opportunity to work with him on a day-to-day basis in many settings within the company. We have traveled extensively across the United States and worked together telling the story of the work our company does in helping the terminally ill. I have been involved with him in countless hours of meetings both within the company and without as we worked with families, physicians, and partners in lessening the pain associated with losing a loved one.

Although I cannot understand or judge the events surrounding Deepak's conviction, I can tell you of Deepak's deep love for his family, and associates surrounding him. I have never witnessed Deepak display anything but kindness and gentleness toward his coworkers and associates. I have never seen anything in his behavior that would indicate that he would be a threat to anyone—in fact quite the contrast—he goes out of his way to help others, and to make sure that they feel good about themselves and are successful in life. He has consistently demonstrated great compassion and concern for others in all settings without exception.

I have had the opportunity to spend time with Deepak discussing his spiritual values, and the importance of his family, and the love he has for his family. His son and my son graduated a few years ago from a Jesuit preparatory high school here in the Phoenix area (Brophy) together, and we spent hours discussing the values taught there and the importance of family and honor. It has been very clear to me that he has a great love for his family and is a very dedicated father and husband.

Again, I do not understand how the events could have transpired to bring Deepak to this point, but I ask you on behalf of Deepak and those that care deeply for him, that you take these facts in consideration as you go through the sentencing process. I feel strongly that very little will be served in sentencing Deepak in a way which will separate him from those that love him the most—his family. Deepak is a good man, and is not a threat to those around him.

Respectfully,



Barry M. Smith
Former Chairman and CEO, VistaCare, Inc.
Chairman, VistaCare Foundation
Chairman, Bon Travay, S.A.
Chairman, iNation, Inc.
Chairman, Eatza Pizza, Inc.

Barry M, Smith
9625 North 55th Street
Paradise Valley, Arizona  85253



# THE SALVATION ARMY
SOUTHWEST DIVISIONAL HEADQUARTERS

2707 E. Van Buren Street • Phoenix, Arizona 85008
P.O. Box 52177 • Phoenix, Arizona 85072
Phone (602) 267-4100  Fax (602) 267-4183

April 21, 2005

Honorable Judge Mark Wolf
U.S. District Court
District of Massachusetts

Dear Judge Wolf:

Dr. Deepak Jahagirdar was an active member of The Salvation Army Phoenix Advisory Board between 1996 and 1999. In 1999, Dr. Jahagirdar was placed on The Salvation Army Cabinet where he served until 2001.

The Salvation Army's Advisory Boards are made up of community volunteers who are dedicated to strengthening The Salvation Army's ability to serve. The Advisory Board assists The Salvation Army in all of its activities. In Phoenix, the Advisory Board serves as a parent body, coordinating the activities of programs and corps. Board members are elected to three-year terms. In order to enhance participation, members are expected to meet minimum yearly requirements. During the time Dr. Jahagirdar was on the board, these requirements included serving on a least one Board committee, volunteering during the Christmas season, participating in at least one income-producing event and committing to a personal contribution of at least $250 or securing a minimum of a $1,000 donation.

Advisory Board members are selected because of their commitment to the community. Dr Jahagirdar was an active participant in all activities and a valued volunteer throughout the year. He and his family were faithful in their volunteer efforts during the holiday season. Additionally, Dr Jahagirdar has been a consistent donor to The Salvation Army's community programs.

If I can answer any questions, please do not hesitate to contact me.

Very truly yours,

Lt. Col. Don R. Mowery
Divisional Commander

| Founded in 1865 by William Booth | General John Larsson International Leader | Commissioner Philip Swyers Territorial Commander | Lt. Col. Don R. Mowery Divisional Commander |

If you need assistance or are interested in making a donation, please call 1-877-853-6395



# India Association

(A Non-Profit organization founded in 1974)

P. O. Box 60121, Phoenix Arizona 85082-0121

---

**India Association of Phoenix**

**2005 Board of Directors**

**President**
Ms. Kalpana Batni
(480) 998 - 9325
**Vice President**
Ms. Chitra Muralidhar
(480) 963 - 2334
**Secretary**
Ms. Sangita Gulati
(480) 961 - 3289
**Treasurer**
Mr. Shekar Patwardhan
(480) 893 - 3995
**Cultural Director**
Ms. Arthy Kumar
(623) 202 - 1146
**Communication/PR/AAAA**
Ms. Kalpana Batni
(480) 998-9325
**Membership**
Ms. Jyoti Bhave
(480) 767 - 3854
**Youth Coordinator**
Pamela Kharbanda
(480) 539 - 6239
**Webmaster**
Sujatha Krishnaswamy
(480) 785- 9145

**Website:**
www.indiaassociation.com

To:                                                            April 27, 2005
Hon. Judge Mark Wolf
U.S. District Court
District of Massachusetts

Subject: Sentencing of Mr. Jahagirdar

Dear Judge Wolf,

I am writing this letter on behalf of the India Association of Phoenix, Arizona, to request you for leniency in your sentencing of Mr. Jahagirdar, a member of the Indian community here.

Mr. Deepak Jahagirdar, a long time resident of the Phoenix area, has been a very active and respected member of the community. I understand he has been involved in various volunteer community service activities such as: providing and serving breakfast to the homeless at the Andre House shelter and serving brunch at the UMOM Shelter in Phoenix. He also served on the Board of the Salvation Army from 1996 - 1999 in the Phoenix area. Mr. Jahagirdar has been sponsoring schools for the under-privileged children in India, and is a regular contributor to the Prashanti Trust Charitable Hospital in Putturparthi, India. This hospital provides free medical care to the needy. Thus, Mr. Jahagirdar has been making positive contributions to the community both here in the Phoenix area and in India for many years.

On a personal note, Mr. Jahagirdar has been an acquaintance of mine for several years, having met him at a number of social events. He has always come across as a sincere law-abiding citizen, a devoted husband and father, and a kind and mild mannered person.

Your Honor, I urge and request you to kindly consider Mr. Jahagirdar's valuable contributions to society, and please show leniency in his sentencing.

Sincerely,

*Kalpana Batni*

Ms. Kalpana Batni
President
India Association of Phoenix



# Indo-American Cultural and Religious Foundation of Arizona, Inc.
(Registered Non-Profit Organization under Section 501 (C) (3) with EIN: 86-0620445)
P. O. Box 61043
Phoenix, AZ 85082-1043

**EXECUTIVE COMMITTEE:**

Vasudeva P. Atluri
President
480-563-0891

Kul Bhushan Chhibber
Vice President
480-926-8835

Subhash Thathi
Vice President
480-497-8100

Kalyan Raman
Secretary
623-537-4167

Nemi Jain
Joint Secretary
480-831-1359

Sam Karikalan
Joint Secretary
480-598-8786

Vivek Gupta
Treasurer
480-460-7013

Debendra Mallik
Joint Treasurer
480-705-4128

**BOARD OF DIRECTORS:**

Dayaram Ahir
Munnu Bajpai
Jay Ankur Bansal
Prasad Chavali
Madhu Dungarani
Vivek Gupta
K.N. Jagannath
Ram Krishna
Achut Kumar
Ravi Mathur
Piyush Mehta
Ramesh Narasimhan
Bala Patel
Bhagubhai Patel
Lalit Patel
Suru Patel
Gopal Raju
Jagdish Sagar
Neepak Sevak
Dilip Seth
Gautam Shah
Mahendra Shah
Mahesh Shah

**SISTER ORGANIZATION
REPRESENTATIVES:**

Kalpana Batni
Mohan Gopalakrishnan
Hemanth Kumar
Dinesh Patel

Date: May 15th, 2005

The Honorable Judge Mark Wolf
U.S. District Court
District of Massachusetts
Boston, Massachusetts

Dear Judge Wolf,

I am writing this letter on behalf of the Board of Directors of the Indo-American Cultural and Religious Foundation of Arizona, Inc. to plead for leniency in your sentencing of Deepak Jahagirdar, who is a valued member of the Indian-American Community in Arizona.

Deepak and his family have been long time residents of the Phoenix area. He is a respected and active member not only in this community. Based on the inputs I have received from the local Indian-American Community members, he has been involved with several community service organizations such as the Andre House Shelter for the homeless, and the UMOM Shelter, serving meals to the less fortunate. He also served as a Director on the Board of the local Salvation Army for several years. His charities extend to other countries as well. He is a sponsor for educating poor children in India, as well as contributions to hospitals that provide free medical care for the under-privileged.

As you can see, your Honor, Mr. Jahagirdar has been nothing but a positive influence and a valuable contributor to the community. He is a well regarded and respected citizen, and is known to be deeply involved with his faith.

On behalf of our community, your Honor, we would like to request you to consider his positive contributions to society, and kindly show leniency in his sentencing.

Sincerely,

Vasudeva P. Atluri, Ph.D.
President
Indo-American Cultural and Religious Foundation of Arizona, Inc.

# Krishnan R. Bala, D.D.S., M.D.S., P.C.

May 14, 2005

THE HONORABLE JUDGE MARK WOLF
U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Sir,

I am writing this letter regarding Mr. Deepak Jahagirdar and his situation.

I have known Mr. Jahagirdar personally for the past 10 years. He is a kind and compassionate man with an impeccable CHARACTER. He participates in various community service activities like feeding the homeless at Andre House and at the United Methodist Outreach Ministry shelter every month. He has also helped various non-profit agencies like hospitals and clinics in India. He is a fine man with a very good family. He is very cordial, friendly and helpful to neighbors, friends and to the community.

He regularly participates in the devotional activities of our prayer services. It is really a pleasure to be in his company. I beg you and plead you to show him some leniency. It will greatly help him, his family and friends.

Very Sincerely Yours,

Dr. Krishnan R.Bala

May 7, 2005

11250 North 128th Way
Scottsdale, Arizona 85259


The Honorable Judge Mark Wolf
United States District Court
District of Massachusetts

Dear Judge Wolf:

Deepak Jahagirdar has been our next-door neighbor for the last ten years.
During that time, we have come to know and respect him as a man of high moral
character, a loving husband and father, and a caring community servant. Our
association has included neighborhood get-togethers, dinners with his family,
mutual participation in religious celebrations, and an exchange of keys in order
to watch over each other's homes.

As a parent, one of Deepak's greatest loves is involvement in the education of
his two sons. I, Jean Mack, an educator with 40 years of experience, have
observed in him the parenting characteristics that I wish were present in all
parents.

Your Honor, there is much at stake here – a loving and supportive wife, two
boys in college, and whatever this family's future holds spiritually, financially,
and socially. We know that you will find it in your heart to make the right
decision for Deepak Jahagirdar and for his family.

Sincerely,

*Jean E. Mack*

*Wm L Mack*

William L Mack
Jean E. Mack

To,                                                      May 12, 2005
The Honorable Judge Mark Wolf                            Phoenix, Arizona
U.S. District Court
District of Massachusetts
Boston MA.


Respected Honorable Judge Mark Wolf:


We are family friends of Pushpa and Deepak Jahagirdhars' for about 10 years. We have
been living in Phoenix Valley area for about 19 years. Since Deepak came to the valley
we have met him on many family get-togethers, under both religious and social settings.
Deepak has always come across as a religious, honest, sensible, sensitive person to me.
He is a family person and his family is most important to him. Both Pushpa and Deepak
are willing to take any effort to give their two sons the best education, involve them in
extra curricular and volunteering activities. His sons are still in undergraduate programs.
They need him around to help them in taking crucial decisions during these formative
years.

Keeping all this in mind, we pray to God and to you that Deepak be treated as leniently as
the law would allow. If there is one person that deserves this leniency, it is indeed
Deepak.

Thank you in advance for your understanding and help.


Peri Shankar        5/12/2005
1200 N Judd Place
Chandler
Arizona 85226

**Ashok & Nandini Kanagal**

**10439 N. 21st Place**

**Phoenix, AZ 85028**

**(602) 788-0406**

May 15, 2005

The Honorable Judge Mark Wolf

U.S. District Court

District of Massachusetts

Boston, Massachusetts

Dear Honorable Judge,

I am a close friend of Deepak Jahagirdar, who is scheduled to be sentenced by your court on June 24th. By way of introduction, I am a senior manager at Intel Corporation and a long time resident of the Phoenix area. I have been an active member of this community for the last two decades in several areas ranging from charities to religious and ethnic organizations. My wife and I are writing to plead for your leniency in Deepak's sentencing.

We have known Deepak and his family for more than ten years now. We met at a Hindu prayer function and grew to be very close friends who regularly met at social and religious events. Our families have spent countless hours together. During this time, we have come to know Deepak very well, and have found him to be a very cultured, educated, pious, compassionate, and caring individual, whose contributions to society through his work and charitable activities are matched only by his passion for helping others.

Besides key contributions in the management of health care and hospice care for the terminally ill, Deepak is known in our community of Asian-Indian

Americans as one who is always willing to help others. Sunday mornings would find him at the local "soup kitchen" in downtown Phoenix serving breakfast to the hungry poor. Not only did he help the downtrodden in this manner, but he also inculcated in his children respect and compassion for those less fortunate. As a parent, he has done a remarkable job that we can only hope to emulate. His children have grown up to be remarkable young men with keen intellect, an outstanding academic and community service track record, and an outlook in life which will no doubt make them very valuable contributors to our country and our society.

Nearly three years ago, when we learned about the charges against Deepak, not only were we in shock, but in disbelief as well. The charges were so contrary to his character and personality that we were convinced there was a mistake. Since then, all our interactions and conversations with Deepak have reinforced our opinion that the momentary lapse in judgment that he suffered does not portray the true person. We know that he is deeply regretful of participating but we also know him well enough to know that he would never assault anyone. Deepak, your Honor, is a valuable contributor to our society, not a threat.

Our world is filled with far more heinous crimes committed almost every day by violent and repeat offenders, who truly pose a hazard to society. Deepak, your Honor, is clearly not one of those. He has been and is a good citizen and a contributor to society, who is loved very much by his family and friends. So, on behalf of his family, his friends and our community, we would like to plead for your leniency in his sentencing and we would like to express our sincere appreciation for your consideration in this matter.

Sincerely,

Ashok S. Kanagal & Nandini Kanagal

Robert Anderson
305 W. 8th Street
Apt. #16
New York, N.Y. 10024-3110

May 10th 2005

The Honorable Judge Mark Wolf
U.S. District Court
District of Massachusetts
Boston, Massachusetts

Dear Judge Wolf,

My wife and I first met Deepak Jahagirdar and his wife, Pushpa, in
September of 1980, almost twenty-five years ago. Deepak and I were
Section mates at Harvard Business School.  We became friends and Deepak
and I would spend countless hours discussing world issues.  It was
obvious to me from the very outset that Deepak was someone who was
devoted to making a positive impact on society and helping others less
fortunate than himself.

The term "tragic" comes to my mind when I think about the series of
events that have unfolded in his life in the past few years.  It is all
completely at variance with the rest of his life's work and spiritual
beliefs. I plead with the court to find a way to return Deepak to the
community so that he may continue to make a positive contribution to
society.

Sincerely,

Robert E. Anderson

Robert E. Anderson

May 12, 2005

The Honorable Mark Wolf
U.S. District Court
District of Massachusetts

Dear Judge Wolf:

This letter is written in support of Mr. Deepak Jahagirdar. I have been a co-worker and friend of Deepak for several years now. Deepak is one of the most gracious, intelligent, and spiritual family man I've ever met. He loves his wife and sons deeply. Deepak's eyes simply light up when he speaks of them. Some would say that it is possible to tell the type of person a man is by the way he treats his wife and how he has reared his children. I believe this is very true. What I have seen repeatedly is a man who is deeply devoted to and cherishes his wife. Deepak also has the same feelings for his sons. Deepak and Pushpa's sons demonstrate clearly the type of people their parents are. Their sons are model students and citizens, and enjoy a very loving relationship with their parents.

Deepak has a strong commitment to our community, and to our business of providing hospice care to those with life-limiting illnesses. Deepak volunteers considerable amounts of time to various organizations in our community and never misses an opportunity to share information about the wonderful gift of hospice with whoever might need/want this information. It takes a very special person to volunteer their time, and to work in hospice. Deepak is indeed a very special person.

Although I understand that a jury has convicted Deepak, it is very difficult for me to accept that the wonderful man I know could ever foist himself on anyone for any reason. I have been with Deepak in both work and social situations, in all types of settings, at all hours of the day and night. Deepak is impeccable in his manners and has never been inappropriate nor made me feel uncomfortable. This is quite an achievement because I tend to be an untrusting person due to unfortunate experiences early in my nursing career before laws against sexual harassment were passed. I do respect the work of the jurors and their opinions, but I cannot agree with them.

As you consider a sentence for Deepak I beg you to consider the following:

- This family has been in turmoil since this incident occurred in 2002 – please, it's time for peace and this to be behind them

- Deepak is a wonderful man, husband, and father as well as a respected businessman and productive citizen

- We need this man back in the hospice community spreading the gift of hospice to more and more deserving people

- Our community needs Deepak back so that he can continue his philanthropic work

If you could see inside this man's heart you would know what a kind, wonderful and honest man he is. I respectfully request that you release Deepak so he may return to us – his family and his community desperately need him. Thank you for your consideration.

Sincerely,

Leslie D. Smith, RN, MSN
31020 N. 67th Street
Cave Creek, Arizona 85331

**Rajeev Deepak Jahagirdar**
**Washington University in St. Louis**
**University of Oxford, Christ Church College**
**224 Abingdon Road**
**Oxford OX1 4SP**
**United Kingdom**
**011 44 7986 697142**


May 15, 2005


The Honorable Judge Mark Wolf
US District Court
District of Massachusetts
Boston, Massachusetts


Dear Judge Wolf,

I am the eldest son of Deepak T. Jahagirdar, a man whose fate you hold in your hands. I want to begin by thanking you for your service to our great democracy; I truly believe that the American judicial system is one of the best in the world. I am grateful that my parents chose to immigrate here, and I am *proud* to be a first generation American.

It is with this staunch, rigorous belief in the American system that I write to you today. I hope that as you read this letter and the many other letters written by people who know my Dad, you will learn more about the character of a man whom I am extremely *proud* to call my father.

I am a junior at Washington University in St. Louis, double-majoring in economics and mathematics. Currently, I am studying at the University of Oxford in the United Kingdom. I attribute my academic and personal success, moral upbringing, and altruistic worldview entirely to my father's positive and consistent influence in my life.

My father is honest, loving, wise, and unselfish. In my twenty-one years of life, I have never known my father to *ever* misrepresent the truth. It was he who taught me that *honesty is truly the best policy*. I think that his candid testimony in this trial and the fact that his family has stood staunchly by his side say a lot about the moral substance of this man. A self-made immigrant from India, my father gave me the ambition that I have today. He taught me that I could be anything I wanted to be, and today I am studying at a top university in the world. He taught me the all-American values of hard work, integrity, and honor. My father has always been an exemplary father to my brother and I. He has always been there for us, and I will be eternally grateful for his guiding hand and his friendship. He was and *is* an active, involved father. He is a necessary and important part of who I am.

I know of few other men who live the word of God the way my father does. He is not only spiritual but he also is an active philanthropist. My father is a regular contributor to various causes, and is also a weekly volunteer at the Andre House of Hospitality and a great supporter of the Salvation Army efforts. He is a model American citizen—someone who worked hard, fulfilled to the maximum the potential of the American dream and never lost his grounding along the way. He has always put the less fortunate ahead of himself. A line that he has often times repeated to me is: "From those to whom much is given, much is expected." I believe he has lived by that philosophy in an extraordinary manner all his life.

I write to you today because I want you to know how much my father is a part of my everyday life. I need him to be at home with my mother. Please do not strip a small, close-knit family of the one thing that we have—each other. My family and I respectfully ask you for your mercy in considering my father's case. I leave you with one final thought, courtesy of the reputed French philosopher Michel Foucault:

> "Justice must always question itself, just as society can exist only by means of the work it does on itself and on its institutions."

Thank you very much for your time.

Very truly yours,

Rajeev Deepak Jahagirdar

Sonjeev Jahagirdar
11270 N. 128th Way
Scottsdale, AZ 85259
(480) 451-4045

May 15, 2005

The Honorable Judge Mark Wolf
U.S. District Court
District of Massachusetts
Boston, Massachusetts

Dear Sir,

For the past eighteen years, my father has been a guiding force in my life. He has been a very supportive, caring, and loving father. My relationship with him is something I truly cherish. He has done his best to teach me to be hard working and responsible and has always tried to set a good example for my brother and me.

My earliest memories of my father are of him driving me long distances in the wee hours of the day to my hockey games when I was very young. When I think of him then, I can clearly remember all the love and joy he was filled with every weekend when he would go on these long trips with me. This sacrifice he would make for me every weekend and it is a great example of how dedicated a father he has always been. To this day, he takes great pleasure in being a part of my life and is an outstanding father.   He is a man who has taught me to appreciate good values and my education; at the same time, he is also my dear friend who will drop everything he was doing to come help me when I am in a difficult or stressful situation.

My father has lived an inspiring life. Many years ago, he moved to America in search of a better life for himself and his family. Since then, he has created his own success and

has managed to keep himself very modest and balanced. Whether it is through his weekly community service outings during which he prepares and serves food for the homeless and impoverished at a local soup kitchen or through his unending commitment to his entire family, he has managed to touch very many peoples' lives in a positive way.

I hope that the outcome of this situation will result in a chance for my father to remain in my family's everyday life. My mother, my brother, and I all depend on him. I look to my father for guidance when I am unsure, for comfort when I am distressed, and for love when I am in need of a friend. He truly is a good person and has a lot to offer all those around him. Allowing him the chance to return to our family soon will allow us all to enjoy his continued presence and guidance in our lives. I beseech you to take a deep look at who my father truly is as you make your decision. As his son, I will be forever grateful to you for your kind mercy.

Thank you.

Sincerely,

Sonjeev Jahagirdar

The Honorable Mark Wolf
United States District Court Judge
District of Massachusetts
Boston, Massachusetts

Re:  Deepak Jahagirdar:

Dear Judge Wolf:


I have known Mr. Jahagirdar  since the late 1990's, having been introduced by
an acquaintance who knew of our common interest in health care.  Since that
time, he has become a close friend and confidant.  Additionally, I have
become part of the extended family for his wife and their two sons, both of
whom are now in college.  With our mutual areas of expertise, we have often
brainstormed timely issues in the health care delivery.

Mr. Jahagirdar is a kind and gentle person, well respected by his peers in
the medical and hospice community.  His leadership qualities are well known.
He is totally devoted to his family and a wonderful source of inspiration and
guidance to his sons.  He is active in the community; for many years, he has
arisen (often before dawn) almost every Sunday to help cook and to serve the
breakfast to homeless persons at Andre House in downtown Phoenix.

The charges of which he was convicted are totally out of character for him.
I was stunned when I heard first the indictment and then the subsequent jury
decision.  Mr. Jahagirdar has been a productive member of the Phoenix
community, is an intellectual (with an MBA from Harvard University) and has
enjoyed an outstanding career in industry and, in health care.  He is hardly
a threat to society.  He has already been punished—he has lost his job, his
professional career has come to an end, and (an issue of great importance to
him) he has been humiliated.  The community would benefit from his being at
home and performing community service projects rather than being
incarcerated.


Sincerely yours,

William C. Weese MD
P.O. Box 36805
Phoenix, AZ 85067 - 6805
May 6, 2005

April 23, 2005

Jyotsna Gupta
10809 Ashland Mill Court
Raleigh, NC 27617


To,

The Honorable Mark Wolf
Judge of the United States
US District Court
District of Massachusetts

Dear Judge Wolf:

My name is Jyotsna Gupta. I am the younger sister of Deepak Jahagirdar. I currently
work as Assistant Clinical Professor at University of North Carolina, Chapel Hill, NC in
the Department of Physical Therapy.

I wished to write to you regarding my brother Deepak Jahagirdar. He has always been a
kind and gentle soul, very helpful and loving to me. As I am 15 years younger, I grew up
adoring him and being in awe of him as a person and student. He has always encouraged
and supported me unconditionally through good and not so good times.

I have witnessed him having positive and wonderful relationships with his family and
friends. He has a very close knit immediate family and is greatly loved by his wife and
children. He has always been trustworthy and liked by his peers. His educational
achievement and career are evidence of his hard work, talent and discipline. I also know
of him being involved in charity and volunteer works with enthusiasm and dedication. He
is always willing to help and go above and beyond.

I would like to humbly request you to show leniency as you approach his sentencing. I
would urge you to consider returning a decent and honest person like him back to his
family and community.

Thank you.


Sincerely,

Jyotsna Gupta PT Ph.D.

May 10, 2005


Honorable Judge Mark Wolf
United States District Court
District of Massachusetts


Dear Judge Wolf:

This letter is in reference to my acquaintance with Deepak Jahagirdar.

In 1995 when my son was in 6th grade new neighbors moved into our neighborhood. He was excited because they had 2 sons who were close in age to my son. Those new neighbors were Deepak and Pushpa Jahagirdar. My acquaintance with Deepak is through the friendship of our sons.

When my son wanted to start spending time and staying overnight at the Jahagirdar's home I made it a point to get to know them and visit with them. I needed to know that I would be comfortable letting my son stay with them. After meeting Deepak and Pushpa I knew I could trust them with my son. We felt that they shared the same family values that our family had and I knew when my son was with them he would be cared for and supervised.

Deepak was always very nice and at all times very proper whenever I was around him. He was friendly and seemed genuinely interested in our family. Our conversations usually centered around the boys and he always seemed happy with what they were doing. He encouraged Pushpa in her interests to become involved at the grade school and he encouraged his boys to become active in many different areas such as sports, music and academics. We would see Deepak, often, driving his boys to their after school and Saturday programs.

When his boys would come down to our house Deepak would call to make sure they had gotten there and he would walk down to get them when it was time for them to go home. He was a very involved, protective parent; a part of a very loving, happy family.

Sincerely,

Linda Dall

Linda Dall
12845 E Gail Rd
Scottsdale, AZ 85259

1086 Via Vera Cruz
San Marcos, CA 92078


May 31, 2005


The Honorable Judge Mark Wolf
US District Court
District of Massachusetts
Boston, MA

We have known Deepak Jahagirdar since 1996 when we moved to Scottsdale, Arizona.
Since then we have been good family friends. Our families have interacted often on
social, cultural and religious occasions.

In every meeting with Deepak he has come across as a very sincere and caring individual.
He has taken lead roles in civic and humanitarian efforts. Deepak, on many occasions,
has sacrificed his personal time and resources for helping the needy and the less
privileged, not only amongst his own community but crossing social and religious lines.
Deepak was the first to volunteer if help was required in any situation.

Deepak, his wife Pushpa and sons Rajeev and Sonjeev have exhibited strong family
values. He has been an excellent parent always caring for his children and family and has
been an inspiration to them.

His achievements academically and professionally have been significant. He held a very
responsible position at a hospice and was highly regarded by his peers.

We hope you will take all this into consideration as you review his case and find it in
your heart to be lenient.


Sincerely,

Mahindra Bardwaj & Mythili Bardwaj

May 17, 2005


The Honorable Judge Mark Wolf
US District Court
District of Massachusetts
Boston, Massachusetts


Dear Judge Wolf:

     I am writing to you today to speak a little bit about my Uncle Deepak and ask for your leniency in sentencing him. I have had the great privilege of knowing my Uncle since I was 4 years old. Even at that young age I was struck by what type of an incredible and loving person he is. Uncle Deepak has always been and will always be my favorite Uncle. I have always looked to him as a close friend, confidante, and a loving fatherly figure from my young days when I would spend summers in his house up until now. As long as I've known him he has always exuded warmth, and gentle lovingness towards all around him. To give you an idea what type of person he is, he will stop everybody he comes into contact with, and greet them as if they were a long lost friend, whether the person is an old acquaintance or merely the person who refills his water when he goes out to eat. All who have come across my Uncle have always remarked to me how lucky they are to have met such a special person, who makes them feel valued and loved as if they were the only person on Earth.

     My Uncle Deepak is a loving husband and father of two. He has worked very hard and achieved much while always making time for those around him, including the less fortunate. I only wish that you yourself could have gotten the chance to know my Uncle to learn what type of a wonderful human being he is, and how he brightens the day of all who come in contact with him. He is one of the nicest and gentlest people I've met.

     I know that through your wisdom and experience that you will recognize that my Uncle Deepak and all those who love him and depend on him have suffered enough. He deserves to return to his life to continue to be the loving provider he has been for his family.


Sincerely,

Aarti V. Nandwani
1906 Dahlia Circle
Dayton, New Jersey 08810
(732)355-0070

# *Ramesh Ramchandani*

2503 Lincoln Avenue
Alameda, CA 94501
Tel: (510) 522-5667
Fax: (510) 522-0875

May 17, 2005

Honorable Judge Mark Wolf
United States District Court
District of Massachusetts
Boston, MA

Re: In the matter pertaining to Mr. Deepak Jahagirdar

Honorable Judge:

This letter is in context of the matter before you as it pertains to Mr. Deepak Jahagirdar.
Deepak is married to my sister, and I have known him since their marriage in 1977. I have
seen Deepak start from nothing to his name, build a successful career over the last
twenty-odd years, and raise a wonderful family – a family that I have always known to be
very giving, generous and spiritual.

I have known Deepak to have nothing less than an impeccable character. We have
watched him put his 2 sons through school and now through college. His 2 sons have now
become very fine young men, who continue to excel at everything they do, be it sports or
education. He has also been a very fine brother to us all and a very fine husband to my
sister. Through thick and thin, Deepak has continued to discharge his responsibilities as a
father to his kids, as a brother to us all, as an uncle to my daughter and as a role model to
all around him. More pointedly, Deepak is a man of excellent character.

In my personal dealings with Deepak, I have always known him to be not only very
compassionate, truthful and honest but also very forthcoming with the truth. In fact, I

have never known this man to dance around it either. This is a man who is deeply
spiritual and religious – a man who has constantly volunteered both his time and money
each weekend to the poor and needy. Hence, it would be totally out of character for a man
with such attributes to speak a lie regardless of the consequences. Deepak is a good and
honest man.

We love Deepak very much, and we wish that he could come back and be with us all very
soon. My sister, i.e., his wife, needs him and his sons need him too. My wife, Patricia, my
daughter, Brianna, and I visit his family often. My daughter, who will turn 11 this
summer, will miss him if he does not come home soon. We hope and trust that you will
give all these factors significant weight in all your decisions as they pertain to my
brother-in-law, Deepak. Thank you kindly.

Sincerely,

Ramesh S. Ramchandani

Pratik Gupta
10809 Ashland Mill Court
Raleigh, NC 27617
April 27, 2005

To,
The Honorable Mark Wolf
Judge of the United States
US District Court
District of Massachusetts

Dear Judge Wolf:

My name is Pratik Gupta and I am Mr. Deepak Jahagirdar's brother-in-law. I am a Senior Technical Staff Member at IBM Corporation and have been living in North Carolina for the past 11 years.

I wish to write to you regarding Mr. Jahagirdar. I have known him for the past 15 years. I have found Deepak to be an exceptionally decent and honest individual who always puts others welfare above his own. He is highly respected in our family as an individual who is principled, loving and caring. He is a tremendous role model for all in the family.

I have found him to enthusiastically contribute to community like helping at the local homeless shelter or just being charitable to any and all who asked. He is very loving to his wife and kids and all his other relatives.

I am personally saddened by the outcome of the case and would like to humbly request that given his gentle nature and extreme regard for all around him, that he be given a lenient sentence.

Thank you.

Sincerely,

Pratik Gupta

**Pallav Acharya, C.P.A., F.C.A., C.I.M.**
**Certified Public Accountant**
**10043 E. Gray Road**
**Scottsdale, AZ 85260**
**Phone: 480-451-7243**

May 15, 2005

Hon Judge Mark Wolfe
United States District Court
District of Massachusetts
Boston, MA

Dear Hon Judge Mr. Wolfe,

I am writing this letter regarding our family friend, Mr. Dipak Jahagirdar, who is
undergoing some unfortunate moments of his life in your Hon. court.

I have known Dipak for the past seven years and have always respected him as a
matured, respectful and helpful person. He and his wife have given us very helpful advice
when we moved to Scottsdale in 1998. Later on, we have been working together at the
Sathya Sai Baba Center of Scottsdale, a spiritual organization dedicated to spreading our
teacher's message of love, service and human values. In my terms as officer and later as
President of the Center, I have been particularly involved with Dipak on various service
projects serving the poor, needy and the homeless. From my experience in working with
him, I have always regarded Dipak to be kind hearted, disciplined and dedicated person
who has a deep conviction about helping the less privileged people in the society. Due to
his highly respectable educational and professional background, he has also been able to
contribute significantly to the other activities of the Center such as devotional programs
and study circles.

We would like Dipak to return to Scottsdale and continue his tasks as soon as possible. I
respectfully request the Hon. Judge to be lenient in his judgment.

Thank you.

Yours truly,

Pallav Acharya

Pallav Acharya

May 25, 2005


Honorable Judge Mark Wolf

US District Court

District of Massachusetts

Boston, MA


Dear Honorable Judge Mark Wolf,

I have known Uncle Deepak since I was a young girl.  He has always been very loving towards me.  Over the years, he has not only been there as an advisor and mentor but also as a friend who has enthusiastically listened and helped me with my teenage troubles and "drama".

He has been a wonderful and caring adult in my life and has been an awesome role model.  As I enter my senior year in high school, I have found his advice to be priceless.  I will be the first child in my family to go to college and so, this decision is one of the most important ones of my life.  Without Uncle Deepak's guidance, I would have never thought of applying to the University of Arizona's Honors College and then pursuing a medical degree at the Washington University in St. Louis.

Judge Wolf, I may not have much life experience but I know from the bottom of my heart that for me and for the many other people whose lives he has touched, Uncle Deepak is truly irreplaceable. He is good, honorable and altruistic.  I cannot imagine my life in the years ahead without his love and support. He is like a second father to me and I will always hold him in the highest esteem and have a very special place in my heart for him. Please have mercy on him.

Yours Sincerely,

Denica Moodley

Denica Moodley
8321 E. San Salvador Drive
Scottsdale, AZ 85258
480-368-1261

130 W. Helena Dr

Phoenix, AZ 85023

Date: 05/27/2005

The Honorable Judge Mark Wolf,
US District Court,
District of Massachusetts, MA

Dear Sir,

I respectfully request a few minutes of your time for I would like to share with you my experience of Deepak Jahagirdar and my thoughts about the type of person that he is.

My family and I met Deepak back in 1999, when we first moved to Phoenix. We met at the Sri Sathya Sai Scottsdale Center, a religious place where the members of our church believe that service to mankind is service to God. We found Deepak and his family to be very friendly and helpful not only towards us but to everybody around them.

Deepak is one of the most reliable members of the group and is always ready to volunteer and contribute to any community service project that we undertake. He is a person who has always shown real concern for the needy. He has always contributed to and actively participated in our Sunday breakfast service for the homeless at Andre House in downtown Phoenix. He is known for his kindness. I have seen him treat the elderly with respect. I have seen him cater to the underprivileged. I have seen him treat women with respect and dignity. I have seen him bend down on his knees to speak to a child. I have seen this very tender side of him and I am proud to say I know him. He has a special place in our hearts.

His selfless love and desire to help others is also visible in all his relationships. My son, Tarun, is currently a sophomore in high school. One day, I expressed concern and shared my worries about my son's education with Deepak. I was anxious that Tarun work hard so that he might enjoy a good career and have a successful future. The next week when we met at the Center, Deepak had a box full of books and SAT reading material for my son. He talked to Tarun about his studies and gave really valuable advice that motivated my son. Thereafter I witnessed a noticeable change in my son's attitude towards his schoolwork and his future. When my son came to know about Deepak's current predicament, he said, " I hope and pray to God, that Deepak Uncle comes back home soon and safe."

I strongly believe in Deepak and am confident that he would never hurt anyone. Deepak is

– 2 –                                                    May 27, 2005

one of the kindest and noblest people I have ever met and I plead for your compassion as you decide his future.

Yours truly,

Narasimharao Dungigalla Venkat ,
Vinaya Dungigalla &
Venkat Tarun Dungigalla.

May 31, 2005


The Honorable Judge Mark Wolf
U.S. District Court
District of Massachusetts
Boston, Massachusetts


Your Honor,

We have known Deepak, his wife Pushpa and their sons Rajeev and Sonjeev since 1998.
They are good family friends of ours and we know them very well. The Deepak we know
is a very caring, kind and jovial man. We look forward to seeing him and are always
happy to welcome him into our home. We have always thought of Deepak and his family
as the ideal nuclear family and an example to emulate. We have frequently sought their
advice on matters pertaining to our three sons, choice of schools for them, how to prepare
them for entrance exams, etc. Ever since we first met them, Deepak and Pushpa have
made us feel part of an extended family, offering encouragement, giving moral support,
imparting valuable advice and providing enthusiastic optimism when sorely needed. In all
our many interactions with him, Deepak's manner and actions have always been very
appropriate. He is caring and supportive and is a well-liked "Uncle" to our kids. For all
of us who know him, Deepak and his family are an example of how lovingly family
members care for and treat each other.

We have sorely missed Deepak's presence in our lives even in this short time that he has
been away. In fact, all his many friends who have always gained so much from his
wisdom and friendship have very noticeably missed him. He is truly an invaluable
member of our community. We pray that you will keep this in mind and show leniency
towards him as you review his case.


Thanking you in anticipation,


Sincerely,

Bellave Jayaram
Lakshmi Jayaram
6426 E. Monte Cristo Ave
Scottsdale AZ 85254

41

1    federal court, there are two things that persuade me that

2    it is not unwarranted disparity.

3        First, there's all the factors I've just

4    described, including, particularly, the fact that Mr.

5    Glavin is significantly less dangerous going forward than

6    the typical career offender who's committed a bank

7    robbery.

8        Second, as I said earlier, arguably, this

9    sentence of seven years without the possibility of parole

10   would diminish rather than increase unwarranted

11   disparity.

12       The charge in this case is bank robbery.  But

13   the heart of this case is drug addiction.  The defendant

14   committed this crime, like he committed so many other

15   crimes, because of his drug addiction.  He's never

16   received a state prison sentence.  He's been given a

17   series of jail sentences.  They were not enough to deter

18   him from committing more crimes.  They did not provide

19   him with any drug treatment.  But there are -- I think I

20   can take judicial notice -- innumerable drug addicts out

21   on the street or in the state jails with similar records

22   who get short state sentences.  The defendant is in

23   federal court because he robbed $620 from a bank and was

24   quickly caught.  He could have been prosecuted in the

25   state.  I infer that he was prosecuted in federal court

42

1    because the goal was to get a much longer sentence than

2    the state would have provided.  I note that he was not

3    arrested as a result of an investigation by the FBI's

4    bank robbery task force.  He was arrested by Boston

5    Police that have historically brought their cases to

6    state court.

7           I don't by saying this intend to criticize the

8    federal prosecutors for bringing this case in federal

9    court, but I do mean to say that every time one person is

10   brought to federal court and other people similarly

11   situated are left in state court, there's a kind of

12   disparity generated that our system hasn't up to this

13   point recently recognized.

14          So, in all the circumstances I just described, I

15   regard 77 months -- I'm sorry, I regard 86 months --

16   misspoke -- as the sentence that is both legally

17   permissible and most reasonable.

18          Mr. Glavin, please stand.

19          In connection with the one count to which you've

20   pled guilty, I hereby sentence you to serve 86 months in

21   the custody of the Attorney General of the United States.

22   I strongly recommend that you participate in the 500-hour

23   drug program while you're in prison.  When you finish

24   your sentence, you'll be on supervised release for 36

25   months on the standard conditions and on the additional