```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
     v.                       )    Cr. No. 04-10038-MLW
                              )
DEEPAK JAHAGIRDAR,            )
        Defendant.            )
```

<u>ORDER</u>

WOLF, D.J.                                            June 17, 2005

    The government has not complied with the attached April 6, 2005 Order. It shall do so by 12:00 noon today.

```
                                   /s/ Mark L. Wolf
                                 UNITED STATES DISTRICT JUDGE
```