UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
    v.                        )   Cr. No. 04-10038-MLW
                              )
DEEPAK JAHAGIRDAR,            )
        Defendant.            )

                              ORDER

WOLF, D.J.                                           April 6, 2005

    It is hereby ORDERED that the government shall inform D.S. that she has a right to be present at defendant Deepak Jahagirdar's sentencing on June 24, 2005, and may speak or submit information about the sentence that should be imposed. See Fed. R. Crim. P. 32(i)(4)(B). The government shall, by June 10, 2005, file (under seal if requested) and serve any written statement that D.S. wishes to submit and inform the court of whether she wishes to speak at the sentencing hearing.

                                    /s/ MARK L. WOLF
                                    UNITED STATES DISTRICT JUDGE