UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10038-MLW |
| | ) | |
| **DEEPAK JAHAGIRDAR** | ) | |

**GOVERNMENT'S NOTICE ON VICTIM ALLOCUTION**

The United States of America, by and through Assistant United States Attorney John T. McNeil, respectfully submits notice to the Court that the victim, D.S., and her mother, intend to attend the sentencing hearing in this matter currently scheduled for June 24, 2005. Neither D.S. nor her mother currently intend to allocute at the sentencing hearing. However, if issues arise during the course of the hearing which prompt D.S. to request to be heard, the government may request leave of Court at that time to accommodate the wishes of the victim.

D.S. has submitted a written victim impact statement to the Probation Office. The Probation Office has indicated that her original written statement will be forwarded to the Court with the final Presentence Report. A copy of that impact statement, with D.S.'s name redacted, will be filed by close of business on June 17, 2005, as an exhibit to the Government's Sentencing Memorandum.

                                                                                                Respectfully submitted,

                                                                                                MICHAEL J. SULLIVAN
                                                                                                United States Attorney

Date: June 17, 2005                                         By: /s/ John T. McNeil
                                                                                                JOHN T. MCNEIL
                                                                                                Assistant U.S. Attorney