UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____  )
                                                         )
UNITED STATES OF AMERICA     )
                                                         )
v.                                                      )          Cr. No. 04-10038-MLW
                                                         )
DEEPAK JAHAGIRDAR                   )
_____  )

**DEFENDANT DEEPAK JAHAGIRDAR'S MOTION TO
CONTINUE HEARING OF JUNE 24, 2005**

Now comes the defendant Deepak Jahagirdar and respectfully requests that this Honorable Court continue the hearing in the above-captioned case from June 24, 2005, until June 28 or June 30, 2005.

As reason therefor, defendant states:

1. Due to other professional commitments, counsel will have great difficulty in adequately preparing for the hearing on the issues which the Court intends to address on June 24, 2005. Kimberly Homan, Esq. has a brief due in the First Circuit in United States v. *Pacheco*, No. 04-1882, on June 24, 2005, and anticipates that the drafting and preparation of the brief and appendix will consume all her time between now and the morning (if not early afternoon) of June 24, 2005, except for that which must necessarily be devoted to the preparation of the submission mandated by the Court's June 17, 2005, order. She has no associate to whom any of the tasks involved in filing an appellate brief can be delegated, and the time reasonably needed to complete the preparation and filing of the brief and appendix in *Pacheco* is unlikely to leave adequate time to prepare to argue the issues which the Court intends to address at the hearing; in addition, if work remains to be done for final completion of the brief by the time the hearing is scheduled, attendance at the hearing could severely compromise counsel's ability to file the brief in a timely fashion. James Lawson, Esq. has

just returned from a 9-day vacation, and the press of other professional obligations will not leave him adequate time to prepare to argue the issues.

    2. Counsel for the government, John T. McNeil, assents to the granting of this motion if the hearing can be rescheduled for June 28 or June 30, 2005. If the delay is to be any longer than that, he will be required to contact D.S. to ascertain her position on the delay.

                                                     Respectfully submitted,
                                                     By his attorneys,

/s/ Kimberly Homan                         /s/ James W. Lawson
Mass. Bar No. 239000                     Mass. Bar. No.289300
20 Park Plaza, Suite 905                  OTERI, WEINBERG & LAWSON
Boston, Massachusetts 02116           20 Park Plaza, Suite 905
(617) 227-8616                               Boston, Massachusetts 02116
                                                   (617) 227-3700

DATED: June 20, 2005