UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10038-MLW |
| | ) | |
| DEEPAK JAHAGIRDAR | ) | |
| | ) | |

**Government's Response to Defendant's Motion to
Continue Hearing Scheduled for June 24, 2005**

    The United States of America, by and through Assistant United States Attorney John T. McNeil, respectfully files this response to the defendant's motion continue the hearing currently scheduled for June 24, 2005. Neither the government nor the victim have any objection to the matter being rescheduled to June 28 or June 30, 2005; the government has already assented to the defendant's motion. When the government informed the victim that the matter may be continued until sometime in August, the victim was upset with this prospect but ultimately did not request the government to file an objection to such a continuance on her behalf. As a result, the government does not intend to object to continuing this matter to some date in August. (Undersigned counsel notes that he will be out of state from August 5 through August 13, 2005.)

                                                              Respectfully submitted,

                                                              MICHAEL J. SULLIVAN
                                                              United States Attorney

Date: June 22, 2005                          By: /s/ John T. McNeil
                                                             JOHN T. McNEIL
                                                              Assistant U.S. Attorney