UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
UNITED STATES OF AMERICA    )
                                              )
v.                                           )        Cr. No. 04-10038-MLW
                                              )
DEEPAK JAHAGIRDAR              )
_____ )

**DEFENDANT DEEPAK JAHAGIRDAR'S SUPPLEMENTAL RESPONSE
TO COURT ORDER OF JUNE 23, 2005**

On July 15, 2005, counsel spoke with Allan Dorhoffer of the United States Sentencing Commission. He informed counsel that research conducted at his direction, which included a search of internal Sentencing Commission documents, revealed no documents which indicated that the Commission had considered whether penetration by a hand or finger should be punished as the equivalent of penetration by a penis. He further informed counsel that, at the request of Probation, his office is compiling statistics regarding sentences imposed on defendants convicted under 18 U.S.C. §2242, including statistics regarding departures, which will be transmitted to Probation no later than early this week.

|  | Respectfully submitted, |
|---|---|
|  | By his attorneys, |
| */s/ Kimberly Homan* | */s/ James W. Lawson* |
| Kimberly Homan | James W. Lawson |
| Mass. Bar No. 239000 | Mass. Bar. No.289300 |
| 20 Park Plaza, Suite 905 | OTERI, WEINBERG & LAWSON |
| Boston, Massachusetts 02116 | 20 Park Plaza, Suite 905 |
| (617) 227-8616 | Boston, Massachusetts 02116 |
|  | (617) 227-3700 |

Date: July 18, 2005