```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
     v.                     )    Cr. No. 04-10038-MLW
                            )
DEEPAK JAHAGIRDAR,          )
          Defendant.        )
```

ORDER

WOLF, D.J.                                          August 3, 2005

The court has received the attached July 22, 2005 Memorandum from Probation Officer Stephanie Henshaw, but does not intend to read the Presentence Reports to which it refers. The Memorandum is hereby disclosed to the parties as a supplement to the Presentence Report in this case and is, therefore, hereby SEALED.

The hearing on defendant's motions and, if appropriate, sentencing, shall commence on August 4, 2005, at 1:00 p.m.

The government shall provide a copy of this Order to the victim, D.S.

```
                              /s/ MARK L. WOLF
                           UNITED STATES DISTRICT JUDGE
```