UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10038

| United States of America | Depak Jahagirdar |
|---|---|
| PLAINTIFF | DEFENDANT |
| John McNeil | James Lawson |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

CLERK'S NOTES

| DATES: | Sentencing |
|---|---|
| 8/4/05 | Court outlines what it perceives to be the open issues for the parties before it can proceed to the sentencing |
| | phase of the hearing.  Court provides the parties with its tentative views as to the defendant's motions under |
| | Rule 29 and 33.  Court listens to the parties oral arguments.  Court denies the defendant's Rule 29 motion. |
| | Court denies the defendant's Rule 33 motion.  Court now turns to the sentencing phase of the hearing. |
| | Court allows the government's objection as to the perjury enhancement.  Court after making the necessary |
| | rulings on the parties objections finds that the advisory guidelines are as follows: TOL 29, CH I, 87-108 months |
| | custody, 24-36 months supervised release, $15-150K fine and $100 special assessment fee.  Defendant seeks |
| | a sentence of time served with home confinement with community service as a major component of the |
| | sentence.  Government recommends a sentence of 87 months.  Defendant addresses the court.  Court recesses |
| | Court imposes a sentence of 87 months followed by 24 months of supervised release on the standard conditions |
| | plus pay the balance of a 25K fine including interest as required by law, not possess a firearm or other |
| | dangerous weapon, court suspends the drug testing conditions and must cooperate in the collection of a DNA |
| | sample. $100 special assessment fee.  Defendant advised of his right to appeal and to counsel.  Prosecutor |
| | asks that the defendant be required to register as a sex offender as a condition of supervised release.  Probation |
| | officer informs the court that it is mandatory. |
| | |
| | |
| | |