UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10038-MLW |
| ) | |
| DEEPAK JAHAGIRDAR ) | |

**NOTICE OF APPEAL**

Now comes the defendant Deepak Jahagirdar and notices his appeal to the United States Court of Appeals for the First Circuit from the judgment of conviction and sentence entered in the above-captioned case.[1]

Respectfully submitted,
By his attorney,

Kimberly Homan
Mass. Bar No. 239000
20 Park Plaza, Suite 905
Boston, Massachusetts 02116
(617) 227-8616

August 15, 2005

**CERTIFICATE OF SERVICE**

I, Kimberly Homan, certify that on this 15th day of August, 2005, I caused one copy of the within Notice of Appeal to be served, by first-class mail, postage prepaid, on John T. McNeil, AUSA, United States Attorneys Office, Moakley United States Courthouse, 9th floor, 1 Courthouse Way, Boston, Massachusetts 02210.

Kimberly Homan

---

[1] The defendant was sentenced on August 4, 2005. According to a PACER check of the court's docket, judgment has not yet formally entered. *See* Fed. R. App. P. 4(b)(2).