## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10038

United States of America

v.

Deepak Jahagirdar

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/15/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 19, 2005.

Sarah A Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/19/05.

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10038-MLW-ALL

Case title: USA v. Jahagirdar  
Magistrate judge case number: 1:04-mj-00420-RBC

Date Filed: 02/11/2004

---

Assigned to: Judge Mark L. Wolf

## Defendant

**Deepak Jahagirdar** (1)  
*TERMINATED: 08/15/2005*

represented by **James W. Lawson**  
Oteri, Weinberg & Lawson  
20 Park Plaza  
Statler Office Building  
Suite 905  
Boston, MA 02116  
617-227-3700  
Fax: 617-338-9538  
Email: lroseowl@att.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

## Pending Counts

18:2242 - SEXUAL ABUSE/ATTEMPTED SEXUAL ABUSE (1)

18:2244 - ABUSIVE SEXUAL CONTACT

## Disposition

87 months custody, 24 months supervised release, 25,000 fine and 100 special assessment fee.

(2)

## Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |

None

## Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |

18:2242B.F, 49:46506.F

---

### Plaintiff

USA     represented by **John T. McNeil**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3242
Fax: 617-748-3951
Email: john.mcneil@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2004 | 1 | COMPLAINT as to Deepak Jahagirdar (1). (Affsa, Gina)[1:04-mj-00420-RBC] (Entered: 01/15/2004) |
| 01/08/2004 | 2 | MOTION to Seal Case as to Deepak Jahagirdar by USA. (Affsa, Gina)[1:04-mj-00420-RBC] (Entered: 01/15/2004) |
| 01/08/2004 |  | Judge Robert B. Collings : Electronic ORDER entered granting 2 Motion to Seal Case as to Deepak Jahagirdar (1) (Affsa, Gina)[1:04-mj-00420-RBC] (Entered: 01/15/2004) |
| 01/12/2004 |  | Arrest of Deepak Jahagirdar in Arizona (Boyce, Kathy)[1:04-mj-00420-RBC] (Entered: 02/06/2004) |
| 01/13/2004 |  | Case unsealed as to Deepak Jahagirdar (Smith3, Dianne)[1:04-mj-00420-RBC] (Entered: 01/15/2004) |
| 01/13/2004 | 3 | MOTION to Unseal Case as to Deepak Jahagirdar by USA. (Smith3, Dianne)[1:04-mj-00420-RBC] (Entered: 01/15/2004) |
| 01/13/2004 |  | Judge Robert B. Collings : Endorsement on motion ORDER entered granting 3 Motion to Unseal Case as to Deepak Jahagirdar (1) (Smith3, Dianne)[1:04-mj-00420-RBC] (Entered: 01/15/2004) |
| 01/20/2004 | 4 | MOTION to Continue appearance to after February 23, 2004 as to Deepak Jahagirdar . (Folan, Karen) [1:04-mj-00420-RBC] (Entered: 01/23/2004) |
| 01/26/2004 | 6 | Rule 40 Documents Received as to Deepak Jahagirdar (Boyce, Kathy)[1:04-mj-00420-RBC] (Entered: 02/06/2004) |
| 01/27/2004 |  | Judge Robert B. Collings : Electronic ORDER entered granting 4 Motion to Continue as to Deepak Jahagirdar (1). "ALLOWED TO 2/26/04 AT 11:45 AM" (Affsa, Gina)[1:04-mj-00420-RBC] (Entered: |

| | | |
|---|---|---|
| | | 01/27/2004) |
| 01/27/2004 | 5 | Arrest Warrant Returned Executed on 1/14/04. as to Deepak Jahagirdar. (Boyce, Kathy)[1:04-mj-00420-RBC] (Entered: 02/04/2004) |
| 02/11/2004 | 7 | INDICTMENT as to Deepak Jahagirdar (1) count(s) 1, 2. (Catino, Theresa) (Entered: 02/13/2004) |
| 02/11/2004 | 8 | Judge Mark L. Wolf : ORDER entered ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: for pretrial as to Deepak Jahagirdar (Catino, Theresa) (Entered: 02/13/2004) |
| 02/23/2004 | 9 | MOTION to Continue to March 4, 2004 his appearance date as to Deepak Jahagirdar FILED, c/s. (Boyce, Kathy) (Entered: 02/25/2004) |
| 02/25/2004 |   | Judge Robert B. Collings: Electronic ORDER entered granting 9 Motion to Continue as to Deepak Jahagirdar (1). "ALLOWED to 3/4/04 at 12:30 PM." (Affsa, Gina) (Entered: 03/01/2004) |
| 03/04/2004 |   | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Arraignment as to Deepak Jahagirdar (1) Count 1,2 held on 3/4/2004, Plea entered by Deepak Jahagirdar (1) Count 1,2. by Deepak Jahagirdar Not Guilty on counts 1 and 2. Status Conference set for 4/5/2004 03:45 PM in Courtroom 14 before Robert B. Collings. Present bail conditions continued with two additions: Deft. is to avoid all contact with alleged victims or potential witnesses except through counsel; Deft. is to report or notify Pre-Trial Services within 24 hours if arrested. The question of deft. purchasing a seat on an airplane next to him is taken under advisement. (Lyness, Paul) (Entered: 03/05/2004) |
| 03/04/2004 | 10 | Judge Robert B. Collings : ORDER entered ORDER Setting Conditions of Release (Lyness, Paul) (Entered: 03/05/2004) |

| 03/04/2004 | 11 | NOTICE OF ATTORNEY APPEARANCE: James W. Lawson appearing for Deepak Jahagirdar (Lyness, Paul) (Entered: 03/05/2004) |
| --- | --- | --- |
| 03/15/2004 | 12 | Judge Robert B. Collings : ORDER entered as to Deepak Jahagirdar (Affsa, Gina) (Entered: 03/15/2004) |
| 03/15/2004 | 13 | Judge Robert B. Collings : MEMORANDUM AND ORDER entered following arraignment as to Deepak Jahagirdar (Affsa, Gina) (Entered: 03/15/2004) |
| 04/05/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings:Initial Status Conference as to Deepak Jahagirdar held on 4/5/2004. Trial is expected. A motion to supress the taking of DNA evidence is likely by the defense. Final status conference set for 5/18/04 at 3:00 PM. (Digital Recording.)(Affsa, Gina) (Entered: 04/05/2004) |
| 04/05/2004 | 14 | Judge Robert B. Collings : REPORT AND ORDER on Initial Status Conference as to Deepak Jahagirdar (Affsa, Gina) (Entered: 04/07/2004) |
| 04/05/2004 | 15 | Judge Robert B. Collings :ORDER ON EXCLUDABLE DELAY as to Deepak Jahagirdar (Affsa, Gina) (Entered: 04/07/2004) |
| 04/05/2004 | 16 | Judge Robert B. Collings : ORDER FOR FINAL STATUS CONFERENCE entered as to Deepak Jahagirdar. Final status set for 5/18/04 at 3:00 PM. (Affsa, Gina) (Entered: 04/07/2004) |
| 05/17/2004 | 18 | MOTION to Suppress Fruits of Unlawful Arrest and Incorporated Memorandum of Law,as to Deepak Jahagirdar FILED, c/s.(Boyce, Kathy) (Entered: 05/21/2004) |
| 05/17/2004 | 19 | MOTION to Dismiss Counts I and II for Lack of Venue and Incorporated Memorandum of Law, as to Deepak Jahagirdar FILED, c/s. (Boyce, Kathy) |

| | | |
|---|---|---|
| | | (Entered: 05/21/2004) |
| 05/18/2004 | 17 | STATUS REPORT by USA as to Deepak Jahagirdar (McNeil, John) (Entered: 05/18/2004) |
| 05/18/2004 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Status Conference as to Deepak Jahagirdar held on 5/18/2004. Government shall file its response to the defendnt's motion to suppress and motion to dismiss by 6/28/2004. This case shall be forwarded to the district judge with the recommendation that a pre-trial conference be set as soon as practicable after 6/29/2004. (O'Leary, Dennis) (Entered: 05/19/2004) |
| 05/18/2004 | 20 | Judge Robert B. Collings : REPORT AND ORDER on Final Status Conference as to Deepak Jahagirdar (Affsa, Gina) (Entered: 05/24/2004) |
| 05/18/2004 | | Case as to Deepak Jahagirdar no longer referred to Magistrate Judge Robert B. Collings. (Affsa, Gina) (Entered: 05/24/2004) |
| 06/25/2004 | 21 | MOTION for Extension of Time to June 30, 2004 to File To respond to the defendant's motion to dismiss and motion to suppress as to Deepak Jahagirdar by USA. (McNeil, John) (Entered: 06/25/2004) |
| 06/29/2004 | 22 | Opposition by USA as to Deepak Jahagirdar re 18 MOTION to Suppress (McNeil, John) (Entered: 06/29/2004) |
| 06/29/2004 | 23 | Opposition by USA as to Deepak Jahagirdar re 19 MOTION to Dismiss (McNeil, John) (Entered: 06/29/2004) |
| 06/30/2004 | 24 | NOTICE OF HEARING ON MOTION as to Deepak Jahagirdar Motion Hearing set for 9/28/2004 03:00 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 07/02/2004) |
| 09/01/2004 | 25 | MOTION for Order *To Allow Defendant to Waive His* |

| | | |
|---|---|---|
| | | *Presence at Motion Hearing* as to Deepak Jahagirdar. (Lawson, James) (Entered: 09/01/2004) |
| 09/20/2004 | 28 | Judge Mark L. Wolf : ORDER entered as to Deepak Jahagirdar. The September 28, 2004 hearing is hereby rescheduled forOctober 5, 2004, at 3:00 p.m. It will address only the motion todismiss. Therefore, the defendant's presence is not required. SeeFed. R. Crim. P. 43(b)(3). If the case is not dismissed, anevidentiary hearing, which the defendant may be required to attend,will be rescheduled. (O'Leary, Dennis) (Entered: 09/22/2004) |
| 09/21/2004 | 26 | STATUS REPORT *Joint Report on Defendant's Motions* by USA as to Deepak Jahagirdar (McNeil, John) (Entered: 09/21/2004) |
| 09/21/2004 | 27 | Assented to MOTION to Modify Conditions of Release *Temporarily* as to Deepak Jahagirdar. (Lawson, James) (Entered: 09/21/2004) |
| 09/29/2004 | 29 | NOTICE OF RESCHEDULING as to Deepak Jahagirdar. The MOTION HEARING originally scheduled for OCTOBER 5, 2004 at 3:00 P.M.before Judge Wolf, has been RESCHEDULED to OCTOBER 7, 2004 at 11:00 A.M. inCourtroom # 10 on the 5th floor. (O'Leary, Dennis) (Entered: 09/29/2004) |
| 10/07/2004 | | Judge Mark L. Wolf : Electronic ORDER entered 27 Motion to Modify Conditions of Release as to Deepak Jahagirdar. As PTS and the government do not object, Allowed on the offered conditions, except that PTS shall be provided the information described in paragraph 3 by Oct. 8, 2004. (O'Leary, Dennis) (Entered: 10/07/2004) |
| 10/07/2004 | 30 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Motion Hearing as to Deepak Jahagirdar held on 10/7/2004 re 19 MOTION to Dismiss filed by Deepak Jahagirdar, 27 Assented to MOTION to |

| | | |
|---|---|---|
| | | Modify Conditions of Release *Temporarily* filed by Deepak Jahagirdar (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 10/07/2004) |
| 10/11/2004 | 31 | Judge Mark L. Wolf : ORDER entered. For the reasons stated in court on October 7, 2004, it is hereby ORDERED that: 1. The parties shall file briefs by October 29, 2004 and any reply briefs by November 5, 2004 addressing whether:a. An offense committed high above a judicial district hasbeen committed ?in? that district.b. If not, does 18 U.S.C ?3238, and not 18 U.S.C. ?3237(a),apply regarding the venue of the offense?c. The legislative history of 18 U.S.C. ?3237 or any case lawilluminates the meaning of the phrase ? any offense involving theuse of the mails, transportation in interstate or foreigncommerce...? (emphasis added), particularly whether ?involving? means that transportation in interstate commerce must be an elementof the offense.d. The implications of the characterization of any offenseinvolving transportation in interstate commerce as a ?continuingoffense? for the proper interpretation of the term ?involving.?e. The term ?continuing offense? has independent significance,including whether there are cases that discuss what can properly bedefined as a continuing offense for venue purposes consistent withthe Constitution.f. Deference should be given to Congress? characterization ofan offense as a continuing offense in view of the constitutionalrequirements of venue.2. A further hearing on defendant?s Motion to Dismiss (DocketNo. 19) will be held on November 12, 2004 at 3 p.m. (O'Leary, Dennis) Additional attachment(s) added on 10/15/2004 (O'Leary, Dennis). (Entered: 10/12/2004) |
| 10/25/2004 | 32 | MOTION for Extension of Time to November 1, 2004 to File Supplemental Memorandum in Support of Motion to Dismiss as to Deepak Jahagirdar. (Homan, |

| | | |
|---|---|---|
| | | Kimberly) (Entered: 10/25/2004) |
| 10/27/2004 | ○ | Judge Mark L. Wolf : Electronic ORDER entered granting 32 Motion for Extension of Time as to Deepak Jahagirdar (1) (O'Leary, Dennis) (Entered: 10/27/2004) |
| 11/01/2004 | 33 | MOTION for Extension of Time to November 2, 2004 to File *Response* as to Deepak Jahagirdar. (Homan, Kimberly) (Entered: 11/01/2004) |
| 11/01/2004 | 34 | Supplemental Opposition by USA as to Deepak Jahagirdar re 19 MOTION to Dismiss (McNeil, John) (Entered: 11/01/2004) |
| 11/01/2004 | 35 | Response to Court Order of October 11, 2004 (Lawson, James) Modified on 11/18/2004 to corrrect event usage (Boyce, Kathy). (Entered: 11/01/2004) |
| 11/02/2004 | ○ | Judge Mark L. Wolf : Electronic ORDER entered granting 33 Motion for Extension of Time as to Deepak Jahagirdar (1) (O'Leary, Dennis) (Entered: 11/02/2004) |
| 11/05/2004 | 36 | REPLY TO RESPONSE to Motion by Deepak Jahagirdar re 19 MOTION to Dismiss (Lawson, James) (Entered: 11/05/2004) |
| 11/08/2004 | 37 | NOTICE OF RESCHEDULING as to Deepak Jahagirdar. The MOTION HEARING originally scheduled for NOVEMBER 12, 2004 at 3:00 P.M. before Judge Wolf, has been RESCHEDULED to NOVEMBER 12, 2004 at 10:00A.M. in Courtroom # 10 on the 5th floor. (O'Leary, Dennis) (Entered: 11/08/2004) |
| 11/10/2004 | 38 | NOTICE OF RESCHEDULING as to Deepak Jahagirdar. The MOTION HEARING previously scheduled for NOVEMBER 12, 2004 at 10:00A.M. before Judge Wolf, has been RESCHEDULED to DECEMBER 3, 2004 at 3:00 P.M.in Courtroom # 10 |

| | | |
|---|---|---|
| | | on the 5th floor. (O'Leary, Dennis) (Entered: 11/10/2004) |
| 11/16/2004 | 39 | MOTION for Hearing as to Deepak Jahagirdar by USA. (McNeil, John) (Entered: 11/16/2004) |
| 11/18/2004 | | Notice of correction to docket made by Court staff. Correction: Document No. #35 corrected because: to correct event usage as to Deepak Jahagirdar (Boyce, Kathy) (Entered: 11/18/2004) |
| 11/22/2004 | | Judge Mark L. Wolf : Electronic ORDER entered on 39 Motion for Hearing as to Deepak Jahagirdar (1). The government shall have the witnesses available to testify at the hearing if the court decides that testimony is necessary. (O'Leary, Dennis) (Entered: 11/23/2004) |
| 12/03/2004 | 40 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Motion Hearing as to Deepak Jahagirdar held on 12/3/2004 re 19 MOTION to Dismiss filed by Deepak Jahagirdar (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 12/03/2004) |
| 12/03/2004 | 41 | Judge Mark L. Wolf : ORDER entered denying 19 Motion to Dismiss as to Deepak Jahagirdar (1). The hearing on the Motion to Suppress shall be held on December 16, 2004, at 10:00 a.m. (O'Leary, Dennis) (Entered: 12/06/2004) |
| 12/06/2004 | | Set/Reset Deadlines/Hearings as to Deepak Jahagirdar : Supplemental filings due by 12/13/2004. Status Report due by 12/8/2004. Hearing set for 12/16/2004 10:00 AM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 12/06/2004) |
| 12/08/2004 | 42 | STATUS REPORT by USA as to Deepak Jahagirdar (McNeil, John) (Entered: 12/08/2004) |
| 12/08/2004 | 43 | NOTICE *of Stipulation Jointly Filed* by USA as to Deepak Jahagirdar (McNeil, John) (Entered: |

| | | |
|---|---|---|
| | | 12/08/2004) |
| 12/13/2004 | 44 | Supplemental Opposition by USA as to Deepak Jahagirdar re 18 MOTION to Suppress (McNeil, John) (Entered: 12/13/2004) |
| 12/13/2004 | 45 | Supplemental MEMORANDUM in Support by Deepak Jahagirdar re 18 MOTION to Suppress *Fruits of Unlawful Arrest* (Lawson, James) (Entered: 12/13/2004) |
| 12/14/2004 | 46 | Judge Mark L. Wolf : ORDER entered as to Deepak Jahagirdar. The parties are hereby ORDERED to be prepared to address, at the hearing on the Motion to Suppress on Thursday, December 16,2004, the implications for the Motion of the Supreme Court's December 13, 2004 decision in Devenpeck v. Alford, 2004 WL 2847718. (O'Leary, Dennis) (Entered: 12/14/2004) |
| 12/16/2004 | 47 | Judge Mark L. Wolf : ORDER entered denying 18 Motion to Suppress as to Deepak Jahagirdar (1)For the reasons stated in court on December 16, 2004, it ishereby ORDERED that:1. The defendant's Motion to Suppress (Docket No. 18) isDENIED.2. The parties shall abide by the attached Scheduling Order. (Attachments: # 1) (O'Leary, Dennis) (Entered: 12/17/2004) |
| 12/16/2004 | 48 | Judge Mark L. Wolf : ORDER entered PRETRIAL ORDER as to Deepak Jahagirdar Time excluded from 12/14/2004 until 3/28/2005. Jury Trial set for 3/28/2005 09:00 AM in Courtroom 10 before Judge Mark L. Wolf. Pretrial Conference set for 3/23/2005 03:00 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 12/17/2004) |
| 01/13/2005 | 49 | NOTICE *Pursuant to Court Order* by Deepak Jahagirdar (Lawson, James) (Entered: 01/13/2005) |
| 02/14/2005 | 50 | Assented to MOTION for Extension of Time to File |

| | | |
|---|---|---|
| | | *Proposed Jury Instructions, Voir Dire, Motions in Limine and a Trial Brief* as to Deepak Jahagirdarby USA. (McNeil, John) (Entered: 02/14/2005) |
| 02/17/2005 | | Judge Mark L. Wolf : Electronic ORDER entered granting 50 Motion for Extension of Time as to Deepak Jahagirdar (1) (O'Leary, Dennis) (Entered: 02/17/2005) |
| 02/25/2005 | 51 | MOTION to Exclude *Statements of D.S. and Incorporated Memorandum of Law* as to Deepak Jahagirdar. (Lawson, James) (Entered: 02/25/2005) |
| 02/25/2005 | 52 | MOTION in Limine *to ExcludeTestimony and Incorporated Memorandum of Law* as to Deepak Jahagirdar. (Lawson, James) Modified on 2/28/2005 (O'Leary, Dennis). Additional attachment(s) added on 2/28/2005 (O'Leary, Dennis). (Entered: 02/25/2005) |
| 02/25/2005 | 53 | Proposed Voir Dire by Deepak Jahagirdar (Lawson, James) (Entered: 02/25/2005) |
| 02/25/2005 | 54 | Proposed Jury Instructions by Deepak Jahagirdar (Lawson, James) (Entered: 02/25/2005) |
| 02/28/2005 | 55 | MOTION to Seal *His Previously-Filed Motion in Limine to Exclude Testimony of S.M. and Incorporated Memorandum of Law* as to Deepak Jahagirdar. (Lawson, James) (Entered: 02/28/2005) |
| 03/01/2005 | 56 | Proposed Voir Dire by USA as to Deepak Jahagirdar (McNeil, John) (Entered: 03/01/2005) |
| 03/01/2005 | 57 | TRIAL BRIEF by USA as to Deepak Jahagirdar (McNeil, John) (Entered: 03/01/2005) |
| 03/01/2005 | 58 | Proposed Jury Instructions by USA as to Deepak Jahagirdar (McNeil, John) (Entered: 03/01/2005) |
| 03/03/2005 | | Judge Mark L. Wolf : Electronic ORDER entered granting 55 Motion to Seal as to Deepak Jahagirdar (1) (O'Leary, Dennis) (Entered: 03/03/2005) |

| | | |
|---|---|---|
| 03/04/2005 | 59 | Gov't's Summary of Testimony to be Offered Under Fed. R. Evid 702 as to Deepak Jahagirdar, FILED, c/s. (Boyce, Kathy) (Entered: 03/07/2005) |
| 03/11/2005 | 60 | Supplemental MOTION in Limine *Relating to Evidence of Unrelated Sexual Misconduct on Airplanes* as to Deepak Jahagirdar. (Lawson, James) (Entered: 03/11/2005) |
| 03/11/2005 | 61 | MOTION for Extension of Time to File Response/Reply *to Defendant's Motions in Limine* as to Deepak Jahagirdarby USA. (McNeil, John) (Entered: 03/11/2005) |
| 03/14/2005 | | Judge Mark L. Wolf : Electronic ORDER entered granting 61 Motion for Extension of Time to File Response/Reply as to Deepak Jahagirdar (1) (O'Leary, Dennis) (Entered: 03/14/2005) |
| 03/16/2005 | 62 | MEMORANDUM in Opposition by USA as to Deepak Jahagirdar re 51 MOTION to Exclude *Statements of D.S. and Incorporated Memorandum of Law* (McNeil, John) (Entered: 03/16/2005) |
| 03/16/2005 | 63 | RESPONSE to Motion by USA as to Deepak Jahagirdar re 52 MOTION in Limine *to ExcludeTestimony of Simrat Mangat and Incorporated Memorandum of Law*, 60 Supplemental MOTION in Limine *Relating to Evidence of Unrelated Sexual Misconduct on Airplanes* (McNeil, John) (Entered: 03/16/2005) |
| 03/16/2005 | 64 | MOTION to Modify Conditions of Release *Temporarily* as to Deepak Jahagirdar. (Lawson, James) (Entered: 03/16/2005) |
| 03/16/2005 | 65 | EXHIBIT/WITNESS LIST by USA as to Deepak Jahagirdar (McNeil, John) (Entered: 03/16/2005) |
| 03/16/2005 | 66 | EXHIBIT/WITNESS LIST by USA as to Deepak Jahagirdar (McNeil, John) (Entered: 03/16/2005) |

| | | |
|---|---|---|
| 03/17/2005 | 67 | RESPONSE to Motion by USA as to Deepak Jahagirdar re 64 MOTION to Modify Conditions of Release *Temporarily* (McNeil, John) (Entered: 03/17/2005) |
| 03/18/2005 | 68 | EXHIBIT/WITNESS LIST by Deepak Jahagirdar (Lawson, James) (Entered: 03/18/2005) |
| 03/18/2005 | 69 | EXHIBIT/WITNESS LIST by Deepak Jahagirdar (Lawson, James) (Entered: 03/18/2005) |
| 03/22/2005 |  | Judge Mark L. Wolf : Electronic ORDER entered granting in part 64 Motion to Modify Conditions of Release as to Deepak Jahagirdar (1). ALLOWED with regard to the flight to Boston, provided that, as recommended by the government, defendant's wife remains in his presence throughout the flight and defendant provides the Pretrial Services Office and the government copies of his and his wife's tickets at least three days before the flight. (O'Leary, Dennis) (Entered: 03/22/2005) |
| 03/23/2005 | 70 | Supplemental RESPONSE to Motion by USA as to Deepak Jahagirdar re 52 MOTION in Limine *to ExcludeTestimony of Simrat Mangat and Incorporated Memorandum of Law*, 60 Supplemental MOTION in Limine *Relating to Evidence of Unrelated Sexual Misconduct on Airplanes* (McNeil, John) (Entered: 03/23/2005) |
| 03/23/2005 | 71 | Judge Mark L. Wolf : SEQUESTRATION ORDER entered. as to Deepak Jahagirdar (O'Leary, Dennis) (Entered: 03/23/2005) |
| 03/23/2005 | 72 | EXHIBIT/WITNESS LIST by USA as to Deepak Jahagirdar (McNeil, John) (Entered: 03/23/2005) |
| 03/23/2005 | 76 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Pretrial Conference as to Deepak Jahagirdar held on 3/23/2005 (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 03/24/2005) |

| | | |
|---|---|---|
| 03/24/2005 | 73 | Proposed Jury Instructions by USA as to Deepak Jahagirdar (McNeil, John) Additional attachment(s) added on 3/24/2005 (Boyce, Kathy). Additional attachment(s) added on 3/24/2005 (Boyce, Kathy). Modified on 3/24/2005 to attach exhibits (Boyce, Kathy). (Entered: 03/24/2005) |
| 03/24/2005 | 74 | Memorandum regarding Notice of Stipulated Facts as to Deepak Jahagirdar (McNeil, John) Additional attachment(s) added on 3/24/2005 (Boyce, Kathy). (Entered: 03/24/2005) |
| 03/24/2005 | 78 | Memorandum regarding Admissibility of D.S.'s Offer to Compromise Civil Claim as to Deepak Jahagirdar (McNeil, John) (Entered: 03/24/2005) |
| 03/25/2005 | 79 | Memorandum regarding Issues Raised at March 23, 2005, Hearing as to Deepak Jahagirdar (Lawson, James) (Entered: 03/25/2005) |
| 03/28/2005 | 80 | Proposed Jury Instructions by Deepak Jahagirdar (Lawson, James) (Entered: 03/28/2005) |
| 03/28/2005 | 81 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Voir Dire held on 3/28/2005 Deepak Jahagirdar (1) on Count 1,2 (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 03/29/2005) |
| 03/28/2005 | 82 | Jury Impaneled as to Deepak Jahagirdar (O'Leary, Dennis) (Entered: 03/30/2005) |
| 03/29/2005 | 83 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Jury Trial as to Deepak Jahagirdar held on 3/29/2005 (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 03/30/2005) |
| 03/30/2005 | 84 | Memorandum regarding Character Witnesses as to Deepak Jahagirdar (McNeil, John) (Entered: 03/30/2005) |
| 03/30/2005 | 85 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Jury Trial as to Deepak Jahagirdar held on |

|  |  |  |
|---|---|---|
|  |  | 3/30/2005 (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 04/01/2005) |
| 03/31/2005 | 86 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Jury Trial as to Deepak Jahagirdar held on 3/31/2005 (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 04/01/2005) |
| 04/01/2005 | 87 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Jury Trial as to Deepak Jahagirdar held on 4/1/2005 (Court Reporter Handel.) (O'Leary, Dennis) (Entered: 04/04/2005) |
| 04/04/2005 | 88 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Jury Trial as to Deepak Jahagirdar held on 4/4/2005 (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 04/05/2005) |
| 04/05/2005 | 89 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Jury Trial as to Deepak Jahagirdar held on 4/4/2005 (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 04/05/2005) |
| 04/05/2005 | 90 | JURY VERDICT as to Deepak Jahagirdar (1) Guilty on Count 1,2. (O'Leary, Dennis) (Entered: 04/05/2005) |
| 04/05/2005 | 91 | Judge Mark L. Wolf : ORDER entered. ORDER OF DETENTION as to Deepak Jahagirdar (O'Leary, Dennis) (Entered: 04/05/2005) |
| 04/05/2005 | 92 | Judge Mark L. Wolf : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Deepak Jahagirdar Sentencing set for 6/24/2005 03:00 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 04/05/2005) |
| 04/06/2005 | 93 | Judge Mark L. Wolf : ORDER entered. as to Deepak Jahagirdar (O'Leary, Dennis) (Entered: 04/06/2005) |
| 04/08/2005 | 94 | MOTION for New Trial *Pursuant to Fed. R. Crim. P. 33 and for Extension of Time to File Memorandum in* |

|  |  |  |
|---|---|---|
|  |  | *Support Thereof* as to Deepak Jahagirdar. (Homan, Kimberly) (Entered: 04/08/2005) |
| 04/10/2005 | ● | Judge Mark L. Wolf : Electronic ORDER entered on 94 Motion for New Trial as to Deepak Jahagirdar (1). As orally ordered on April 5, 2005 the memorandum in support of defendant's Rule 29 and 33 motions shall be filed by April 18, 2005. (O'Leary, Dennis) (Entered: 04/11/2005) |
| 04/15/2005 | 95 | MEMORANDUM in Support by Deepak Jahagirdar re 94 MOTION for New Trial *Pursuant to Fed. R. Crim. P. 33 and for Extension of Time to File Memorandum in Support Thereof* (Lawson, James) (Entered: 04/15/2005) |
| 04/27/2005 | 96 | Opposition by USA as to Deepak Jahagirdar re 94 MOTION for New Trial *Pursuant to Fed. R. Crim. P. 33 and for Extension of Time to File Memorandum in Support Thereof* (McNeil, John) (Entered: 04/27/2005) |
| 06/08/2005 | 97 | MOTION to Continue *for Alternative Sentencing Time or Date* as to Deepak Jahagirdar by USA. (McNeil, John) (Entered: 06/08/2005) |
| 06/10/2005 | 98 | SENTENCING MEMORANDUM by Deepak Jahagirdar (Attachments: # 1)(Lawson, James) (Entered: 06/10/2005) |
| 06/17/2005 | 101 | Judge Mark L. Wolf : ORDER entered. as to Deepak Jahagirdar (Attachments: # 1) (O'Leary, Dennis) (Entered: 06/17/2005) |
| 06/17/2005 | 102 | NOTICE *on Victim Allocution* by USA as to Deepak Jahagirdar (McNeil, John) (Entered: 06/17/2005) |
| 06/17/2005 | 103 | Judge Mark L. Wolf : ORDER entered. as to Deepak Jahagirdar Motion hearing set for 6/24/2005 11:00 AM in Courtroom 10 before Judge Mark L. Wolf. Filing deadline set for 6/21/2005. (O'Leary, Dennis) (Entered: 06/17/2005) |

| 06/17/2005 | 104 | SENTENCING MEMORANDUM by USA as to Deepak Jahagirdar (McNeil, John) (Entered: 06/17/2005) |
|---|---|---|
| 06/20/2005 | 105 | MOTION to Continue *Hearing of June 24, 2005* as to Deepak Jahagirdar. (Homan, Kimberly) (Entered: 06/20/2005) |
| 06/21/2005 | 106 | RESPONSE TO COURT ORDER by Deepak Jahagirdar (Homan, Kimberly) (Entered: 06/21/2005) |
| 06/21/2005 | 107 | Supplemental Opposition by USA as to Deepak Jahagirdar re 94 MOTION for New Trial *Pursuant to Fed. R. Crim. P. 33 and for Extension of Time to File Memorandum in Support Thereof* (McNeil, John) (Entered: 06/21/2005) |
| 06/22/2005 | 108 | Supplemental MOTION to Continue as to Deepak Jahagirdarby USA. (McNeil, John) (Entered: 06/22/2005) |
| 06/23/2005 | 109 | Judge Mark L. Wolf : ORDER entered granting 105 Motion to Continue as to Deepak Jahagirdar (1), establishing various filing deadlines and setting motion/sentencing hearing for 8/3/2005 at 2:00 PM before Judge Mark L. Wolf in courtroom 10 on the 5th floor. (O'Leary, Dennis) (Entered: 06/23/2005) |
| 07/08/2005 | 110 | REPLY TO RESPONSE to Motion by Deepak Jahagirdar re 94 MOTION for New Trial *Pursuant to Fed. R. Crim. P. 33 and for Extension of Time to File Memorandum in Support Thereof* (Lawson, James) (Entered: 07/08/2005) |
| 07/15/2005 | 111 | RESPONSE TO COURT ORDER by Deepak Jahagirdar (Lawson, James) (Entered: 07/15/2005) |
| 07/15/2005 | 112 | SENTENCING MEMORANDUM by USA as to Deepak Jahagirdar (McNeil, John) (Entered: 07/15/2005) |
| 07/18/2005 | 113 | RESPONSE TO COURT ORDER by Deepak |

| | | |
|---|---|---|
| | | Jahagirdar (Lawson, James) (Entered: 07/18/2005) |
| 08/03/2005 | 114 | Judge Mark L. Wolf : ORDER entered. as to Deepak Jahagirdar Motion Hearing/Sentencing set for 8/4/2005 01:00 PM in Courtroom 10 before Judge Mark L. Wolf. (w/o attachment) (O'Leary, Dennis) (Entered: 08/03/2005) |
| 08/04/2005 | 115 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Sentencing held on 8/4/2005 for Deepak Jahagirdar (1), Count(s) 1, 87 months custody, 24 months supervised release, 25,000 fine and 100 special assessment fee.(Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 08/05/2005) |
| 08/15/2005 | 116 | Judge Mark L. Wolf : ORDER entered. JUDGMENT as to Deepak Jahagirdar (1), Count(s) 1, 87 months custody, 24 months supervised release, 25,000 fine and 100 special assessment fee. (O'Leary, Dennis) (Entered: 08/16/2005) |
| 08/15/2005 | 117 | Judge Mark L. Wolf : ORDER entered. STATEMENT OF REASONS as to Deepak Jahagirdar (O'Leary, Dennis) (Entered: 08/16/2005) |
| 08/15/2005 | 118 | NOTICE OF APPEAL by Deepak Jahagirdar re 116 Judgment Filing fee $ 255, receipt number 66281, FILED, c/s. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/6/2005. (Boyce, Kathy) (Entered: 08/16/2005) |