*(handwritten: · ;uge Wof   USDCMA   04-10038)*

# United States Court of Appeals
## For the First Circuit

### MANDATE

No. 05-2270

UNITED STATES OF AMERICA,

Appellee,

v.

DEEPAK JAHAGIRDAR,

Defendant, Appellant

---

### JUDGMENT

Entered:  October 20, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction and sentence of Deepak Jahagirdar are affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*(signature: M. Russell)*

Deputy Clerk

Date: 11/14/06

By the Court:

RICHARD CUSHING DONOVAN

---

Richard Cushing Donovan, Clerk

[cc: Mr. Lawson, Ms. Homan, Mr. McNeil, & Ms. Chaitowitz.]