PROB 35  
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release  
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

District of Massachusetts

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 1:04CR10038-001 |
| Deepak Jahagirdar | |

On _____July 26, 2011_____ the above named was placed on probation/supervised release for a period of __2__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_____  
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __1st__ day of __March__, 20 __13__.

_____  
United States District Judge